AO (Rev. 5/85) Criminal Complaint

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.

BOBBY ALBERT MCGEE

CRIMINAL COMPLAINT
UNDER SEAL

CASE NUMBER: 4:07mj142

I, MICHAEL BAUTE', the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

That between on or about October 1 and on or about October 4, 2007, in Leon County, in the Northern District of Florida, defendant did use a facility and means of interstate commerce, namely the Internet, to knowingly persuade, induce, entice, and coerce another individual who had not attained 18 years of age, to engage in prostitution and sexual activity for which any person can be charged with a criminal offense, and attempted to do so, all in violation of Title 18, United States Code, Section 2422(b).

I further state that I am a(n) Law Enforcement Lieutenant, with the Child Predator CyberCrime Unit, of the Office of the Attorney General for the State of Florida, and I am deputized as a special deputy United States Marshal through the Federal Bureau of Investigation. and that this Complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof:   X Yes       ☐ No

_____
Signature of Complainant
Michael Baute'

Sworn to before me and subscribed in my presence,

October 5, 2007                                               at   Tallahassee, Florida.

_____
WILLIAM C. SHERRILL, Jr.
U.S. Magistrate Judge