# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
### Western Division
## MEMORANDUM

### UNITED STATES OF AMERICA

-vs-                                                        **Case No. 07MJ020**

### BOBBY A. MCGEE

---

DATE:        October 15, 2007

             **Your Case No.:**    **4:07MJ142**

TO:          United States District Court
             NORTHERN DISTRICT OF FLORIDA
             United States Courthouse Annex,
             3rd Floor
             111 North Adams Street
             Tallahassee, FL 32301

FROM:        Wendy Warren, Case Manager for
             Tu M. Pham, United States Magistrate Judge
             (901) 495-1218
             U.S. Courthouse
             167 N. Main, Ste. 242
             Memphis, Tennessee 38103
             SUBJECT:      Rule 5 Proceedings

        The above-styled case originated in your division.   Enclosed please find original documents regarding proceedings held in the Western District of Tennessee in Memphis, Tennessee wherein the following action was taken:

INITIAL APPEARANCE:          OCTOBER 9, 2007

RELEASE/DETENTION:           The Defendant was ordered detained and removed to the charging district.

SCHEDULED HEARING:           Upon notice by the charging district.

CHARGING DOCUMENT:           Complaint (UNDER SEAL)

Enclosures

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST FLA.
TALLAHASSEE FLA.

2007 OCT 19  PM 12: 13

FILED

# U.S. District Court
# Western District of Tennessee (Jackson)
# CRIMINAL DOCKET FOR CASE #: 1:07-mj-00020-tmp All
# Defendants *SEALED*
# Internal Use Only

Case title: USA v. McGee
Other court case number: 4:07mj142 Northern
District of Florida

Date Filed: 10/09/2007
Date Terminated: 10/12/2007

Assigned to: Magistrate Judge
Tu M. Pham

### Defendant

**Bobby Albert McGee** (1)
*TERMINATED: 10/12/2007*

represented by **Louis W. Ringger, Jr.**
LAW OFFICE OF LOUIS W.
RINGGER
222 W. Baltimore
Suite B
Jackson, TN 38301
731-421-1501
Fax: 731-421-1540
Email: lbrobbins@bellsouth.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

### Pending Counts

None

### Highest Offense Level
### (Opening)

None

### Disposition



OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
TALLAHASSEE FLA.

2007 OCT 19  PM 12: 13

K-RB

FILED



CERTIFIED TRUE COPY
THOMAS M. GOULD, CLERK
BY Wendy Warren
DEPUTY CLERK

## Terminated Counts

None

## Disposition

## Highest Offense Level (Terminated)

None

## Complaints

None

## Disposition

---

## Plaintiff

**USA**      represented by   **Victor Lee Ivy**
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301
731-422-6220
Fax: 731-422-6668
Email: vic.ivy@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/09/2007 | 1 | Rule 5 Documents Received as to Bobby Albert McGee - Criminal Complaint from ND of FL. (Attachments: # 1 affidavit and attachments)(ejs, ) (Entered: 10/09/2007) |
| 10/09/2007 | 2 | Minute Entry for proceedings held before Magistrate Judge S. Thomas Anderson :Initial Appearance in Rule 5 Proceedings as to Bobby Albert McGee held on 10/9/2007. AUSA Ivy present for the government. AUSA reviewed complaint with the defendant. Court reviewed rights with the defendant. Defendant indicated |

| | | |
|---|---|---|
| | | he understood contents of complaint and attached exhibits. Defendant indicated he plans to retain counsel (possibly Bill Ringger of Jackson). Removal/detention hearing set 10/11/07 10:30 a.m. Defendant remanded to custody of USM. (Court Reporter FTR.) (ejs, ) (Entered: 10/09/2007) |
| 10/09/2007 | ●3 | ORDER OF TEMPORARY DETENTION as to Bobby Albert McGee :Removal/Detention Hearing set for 10/11/2007 10:30 AM in Courtroom 407 - Jackson before Magistrate Judge S. Thomas Anderson. *Please note date and time of setting; no further notice will be sent.* Signed by Magistrate Judge S. Thomas Anderson on 10/09/07. (Anderson, S.) (Entered: 10/09/2007) |
| 10/10/2007 | ●4 | SETTING LETTER (RESETTING) as to Bobby Albert McGee - Detention Hearing previously set for 10/11/07 RESET for 10/12/2007 03:00 PM in Courtroom 6 - **Memphis** before Magistrate Judge Tu M. Pham. (ejs, ) (Entered: 10/10/2007) |
| 10/11/2007 | ●5 | ORDER OF RECUSAL in case as to Bobby Albert McGee: Judge S. Thomas Anderson recused. Signed by Magistrate Judge S. Thomas Anderson on 10/10/07. (Anderson, S.) (Entered: 10/11/2007) |
| 10/11/2007 | ● | (Court only) ***Staff Notes as to Bobby Albert McGee: chambers and agencies notified via email of entry of order of recusal. (ejs, ) (Entered: 10/11/2007) |
| 10/11/2007 | ● | Judge update in case as to Bobby Albert McGee. Judge Tu M. Pham added. (cbs, ) (Entered: 10/11/2007) |
| 10/12/2007 | ●6 | Minute Entry for proceedings held before Magistrate Judge Tu M. Pham :RMV/Detention Hearing as to Bobby Albert McGee held on 10/12/2007; gov informed court that case is unsealed for purposes of this hearing only; dft appeared w/retained cnsl Louis W. Ringger; dft waived identity hearing; dft requests preliminary hearing in charging district pursuant to Rule 5.1(b); waiver of Rule 40 Hearings signed by dft & dft cnsl; gov witness |

| | | |
|---|---|---|
| | | sworn & testified: Michael Baute'; gov exhibits submitted & marked #1 & #2 (see exhibit & witness list); court concluded that dft is to be detained and ordered removed to N/FL; Order of Detention entered; Commitment to another District entered by the court; dft remanded to custody of USM; AUSA: D. Newsom (Tape #FTR.) (wmw, ) (Entered: 10/12/2007) |
| 10/12/2007 | ⬤7 | ORDER OF DETENTION PENDING TRIAL FINDINGS as to Bobby Albert McGee. Signed by Magistrate Judge Tu M. Pham on 10/12/07. (wmw, ) (Entered: 10/12/2007) |
| 10/12/2007 | ⬤8 | COMMITMENT TO ANOTHER DISTRICT as to Bobby Albert McGee. Defendant committed to District of N/FL. Signed by Magistrate Judge Tu M. Pham on 10/12/07. (wmw, ) (Entered: 10/12/2007) |
| 10/12/2007 | ⬤9 | EXHIBIT & WITNESS LIST by Bobby Albert McGee (wmw, ) (Entered: 10/12/2007) |
| 10/12/2007 | ⬤10 | WAIVER of Rule 5 Hearings by Bobby Albert McGee (wmw, ) (Entered: 10/15/2007) |
| 10/12/2007 | ⬤11 | FINDINGS AND ORDER ON REMOVAL PROCEEDINGS PURSUANT TO RULE 5, FED.R.CRIM.P as to Bobby Albert McGee. Signed by Magistrate Judge Tu M. Pham on 10/12/07. (wmw, ) (Entered: 10/15/2007) |
| 10/15/2007 | ⬤12 | RULE 5 LETTER - complete case file w/certified copy of docket sheet mailed to USDC, N/FL via certified mail #7003 2260 0004 6914 1146 as to Bobby A. McGee (wmw, ) (Entered: 10/15/2007) |

AO (Rev. 5/85) Criminal Complaint

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.

BOBBY ALBERT MCGEE

**CRIMINAL COMPLAINT**
UNDER SEAL

CASE NUMBER: $4:07mj142$

I, MICHAEL BAUTE', the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

That between on or about October 1 and on or about October 4, 2007, in Leon County, in the Northern District of Florida, defendant did use a facility and means of interstate commerce, namely the Internet, to knowingly persuade, induce, entice, and coerce another individual who had not attained 18 years of age, to engage in prostitution and sexual activity for which any person can be charged with a criminal offense, and attempted to do so, all in violation of Title 18, United States Code, Section 2422(b).

I further state that I am a(n) Law Enforcement Lieutenant, with the Child Predator CyberCrime Unit, of the Office of the Attorney General for the State of Florida, and I am deputized as a special deputy United States Marshal through the Federal Bureau of Investigation. and that this Complaint is based on the following facts:

### SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof:  $X$ Yes     $\square$ No

Signature of Complainant
Michael Baute'

Sworn to before me and subscribed in my presence,

October 5, 2007                                        at     Tallahassee, Florida.

WILLIAM C. SHERRILL, Jr.
U.S. Magistrate Judge

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
### Eastern Division

### UNITED STATES OF AMERICA

-vs-                                                          **Case No. 07-m-0020**

### BOBBY ALBERT MCGEE

---

## ORDER OF TEMPORARY DETENTION
## PENDING HEARING[1] PURSUANT TO
## BAIL REFORM ACT

Upon motion of the Government, it is **ORDERED** that a detention hearing is set for

**THURSDAY, OCTOBER 11, 2007** at **10:30 A.M.** before United States Magistrate **Judge S.**

**Thomas Anderson** in **Courtroom No. 2, Fourth Floor**, United States Courthouse and Federal

Building, 111 South Highland, Jackson, TN. Pending this hearing, the defendant shall be held in

custody by the United States Marshal and produced for the hearing.

Date:   October 9, 2007

s/ S. Thomas Anderson
S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

---

[1]If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the government, or up to five days upon motion of the defendant. 18 U.S.C. § 3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. § 3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the government or upon the judicial officer's own motion, if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate or attempt to threaten, injure, or intimidate a prospective witness or juror.

AO 470 (8/85) Order of Temporary Detention

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) NO.: 4:07-mj-0142 |
| | ) |
| BOBBY ALBERT McGEE, | ) |
| | ) |
| Defendant. | ) |

## ORDER OF RECUSAL OF MAGISTRATE JUDGE S. THOMAS ANDERSON

Pursuant to 28 U.S.C. § 455, the undersigned hereby recuses himself, *sua sponte*, from all

proceedings in the above-captioned case.

The Clerk of the Court is directed to take the appropriate action to reassign this case.

**IT IS SO ORDERED.**

**s/ S. Thomas Anderson**
S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: October 10th, 2007.

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
### Western Division

**UNITED STATES OF AMERICA**

-vs-                                                                              **Case No.  07MJ020**

**BOBBY A. MCGEE**

_____

## ORDER OF DETENTION PENDING TRIAL

### FINDINGS

In accordance with the Bail Reform Act, 18 U.S.C. § 3142(f), a detention hearing has been

held.  The following facts and circumstances require the defendant to be detained pending trial.

> No condition or combination of conditions of release will reasonably assure the safety of any other person and the community.

This conclusion is based on the findings and analysis of the matters enumerated in 18 U.S.C. § 3142(g) as stated on the record in open court at the detention hearing.

### DIRECTIONS REGARDING DETENTION

**BOBBY A. MCGEE** is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  **BOBBY A. MCGEE** shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a Court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the Defendant to the United States marshal for the purpose of an appearance in connection with a Court proceeding.

S/ Tu M. Pham

Date:    October 12, 2007          _____

TU M. PHAM
UNITED STATES MAGISTRATE JUDGE

## UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TENNESSEE
### Western Division

**UNITED STATES OF AMERICA**

**COMMITMENT**

-vs -

**TO ANOTHER DISTRICT**

**ROBERT A. MCGEE**

**CASE NO. 07MJ020**

| CHARGES | | |
|---|---|---|
| **Charging Document** | **Statute** | **Charging District** |
| CRIMINAL COMPLAINT | 18 U.S.C. § 2422(b) | NORTHERN DISTRICT OF FLORIDA |
| | | 4:07MJ142 |

**Description:** COERCION OR ENTICEMENT OF FEMALE/MALE

| PROCEEDINGS |
|---|
| **BOND STATUS:** |
| **INTERPRETER:** No interpreter necessary |
| **COUNSEL:** **LOUIS W. RINGGER (retained)** |

## TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of **Bobby A. McGee** and to transport the defendant with a certified copy of this Commitment Order forthwith to the Charging District and there deliver him to the United States Marshal for that District or to some other officer authorized to receive the defendant.

s/Tu M. Pham

October 12, 2007

TU M. PHAM
UNITED STATES MAGISTRATE JUDGE

### RETURN

| Commitment Order Received: | Place of Commitment: | Date Defendant Committed: |
|---|---|---|
| Date | United States Marshal | By Deputy Marshal |

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

WESTERN      DISTRICT OF      TENNESSEE

USA

V.

BOBBY A. MCGEE

## EXHIBIT AND WITNESS LIST

Case Number: 07MJ020

| PRESIDING JUDGE TU M. PHAM | | | | | | PLAINTIFF'S ATTORNEY DAN NEWSOM | DEFENDANT'S ATTORNEY LOUIS W. RINGGER |
|---|---|---|---|---|---|---|---|
| TRIAL DATE (S) 10/12/07 | | | | | | COURT REPORTER FTR | COURTROOM DEPUTY W. Warren |
| PLF. NO. | DEF. NO. | DATE OFFERED | SWORN | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT AND WITNESSES* | |
| X | | 10/12/07 | X | | | MICHAEL BAUTE' | |
| X | | 10/12/07 | | #1 | X | Statement of Bobby A. McGee dated October 6, 2007 | |
| X | | 10/12/07 | | #2 | X | Redacted Criminal Complaint (07MJ020) | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

* Include a notation as to the location of any exhibit not held with the ease file or not available because of size.

Page 1 of   1   Pages

BAM

I, Bobby A. Myee, make the following statement freely and voluntarily, without threat of reprisal, or promise of reward, and after having been advised of my rights to silence and counsel, to Federal Bureau of Investigation Special Agents Joseph N. Rinehart, and Stephen K. Lies. Agents promised that they would inform the prosecutor of my cooperation and of the usefulness of any information I have provided.

Approximately one month ago I was in contact with a Yahoo screen name "lmoney" with some numbers in the name. I met this screen name in a Yahoo chat room I believe was in the "fetish" category. This was a female with two kids. We made arrangements for them to come and visit with me here in Tennessee to find out if we were compatible. We started chatting and I told her what I wanted and she told me what she wanted. The relationship involved a dominant/sub nature that included sexual relations. I have had dominant submissive relationships in the past with real people but only with adults, never with children. I had talked about having this type of relationship with children and had *BAM* made plans to make this happen but they had never gotten this far. really conversation *BAM* I had an account tnmaster_2004 on yahoo and talked with a woman Linda Ingram from Oklahoma or Kansas and the chats involved sexual relationships with children. I think they are saved on my computer.

I received sexual pictures of children from Yahoo and Hello. I saved them on the c drive in a folder titled "private". One folder that had sexual pictures of children was "Jamie burke Most of the time I received the pictures and only on few occasions would reciprocate by sending. I did more getting than sending. I used the Yahoo photo sharing to get most of these pictures.

Up to this point the idea of a dominant sexual relationship with children has only been in the talking phase. It had never gotten past that before. *BAM*

I provided the names of other Yahoo screen names that I think may be involved with actually sexually molesting children in the hopes that the children could be rescued.

It was never my intention to physically brutalize, harm or force the children *and BAM* into this type of relationship. It was my understanding that the children were already involved in this dominant/sub lifestyle from their father. I stated in the chats that I thought the boy was too young. It is my imperfect memory that I think I sent an instant message after seeing a post in the fetish chat room. I believe the other person is the one who initiated the potential involvement of the children in the whole thing.

I am asking for mercy and I am very sorry for what I have happened. I never intended on hurting the children or doing any harm to anyone except under consensual circumstances. *BAM*

6 October 2007
Date

Signature

Witness

Witness                    FBI ME

EXHIBIT
07MJ020
#1
10/12/07

AO (Rev. 5/85) Criminal Complaint

RECEIVED
US ATTORNEY'S OFFICE
JACKSON, TN

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF FLORIDA 2007 OCT 12  A 9: 10
### TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.

BOBBY ALBERT MCGEE

**CRIMINAL COMPLAINT**
UNDER SEAL

CASE NUMBER: $4:07mj142$

I,MICHAEL BAUTE', the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

That between on or about October 1 and on or about October 4, 2007, in Leon County, in the Northern District of Florida, defendant did use a facility and means of interstate commerce, namely the Internet, to knowingly persuade, induce, entice, and coerce another individual who had not attained 18 years of age, to engage in prostitution and sexual activity for which any person can be charged with a criminal offense, and attempted to do so, all in violation of Title 18, United States Code, Section 2422(b).

I further state that I am a(n) Law Enforcement Lieutenant, with the Child Predator CyberCrime Unit, of the Office of the Attorney General for the State of Florida, and I am deputized as a special deputy United States Marshal through the Federal Bureau of Investigation. and that this Complaint is based on the following facts:

### SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof:  $\times$ Yes        $\square$ No

Signature of Complainant
Michael Baute'

Sworn to before me and subscribed in my presence,

October 5, 2007                                          at        Tallahassee, Florida.

WILLIAM C. SHERRILL, Jr.
U.S. Magistrate Judge

CERTIFIED A TRUE COPY
WILLIAM M. McCOOL, Clerk

By: _____
Deputy Clerk

EXHIBIT
07MJ0020
#2
10/12/07

## STATEMENT OF FACTS

I, MICHAEL BAUTE,' Law Enforcement Lieutenant with the Child Predator
CyberCrime Unit of the Florida Office of the Attorney General, provide the following statement
of facts in support of the complaint charging BOBBY ALBERT MCGEE with a violation of
Title 18, United States Code, Section 2422(b):

1. I have been employed as a Law Enforcement officer with the Child Predator
CyberCrime Unit of the Florida Office of the Attorney General, since August 2005. Prior to my
employment with the Florida Attorney General, I was employed as a detective with the
Gainesville Police Department for approximately one year. Prior to this, I worked as a detective
for the Citrus County Sheriff's Office. Since joining Florida Attorney General's Office, I have
been involved in the investigation of violent crimes and cyber crimes involving children. I have
been assigned to investigate crimes involving the sexual exploitation of children under Florida
law, and have assisted in similar investigations under Federal law. I have received training in the
conduct of investigations of cyber crimes involving children, and coordinate with other State and
Federal law enforcement personnel who investigate violations of the laws in this area. I am
deputized as a special deputy United States Marshal through the Federal Bureau of Investigation.
I have also testified as an expert witness in the investigation of Internet crimes against children in
Florida's Fifth Judicial Circuit.

The statements contained herein are based in part on information provided by agents of
the Florida Department of Law Enforcement, the Federal Bureau of Investigation, officers of the

$e$

Florida Highway Patrol, Deputies with the Leon County Sheriff's Office, and my investigation of

this matter. As this statement is being submitted for the purpose of securing a criminal

complaint, I have not included each and every fact known to me concerning this investigation. I

have set forth those facts that I believe establish probable cause to believe that BOBBY ALBERT

MCGEE has violated Title 18, United States Code, Section 2422(b).


2. On October 1, 2007, Task Force Agent (TFA) MICHAEL BAUTE', was conducting

an undercover chat room investigation. This investigation was generated while TFA BAUTE'

was located at an undercover residence located within the Northern District of Florida and the

city limits of Tallahassee, Leon County, Florida. TFA BAUTE' provided the following

information:


On October 1, 2007, TFA BAUTE' was logged into Yahoo Messenger and Yahoo Chat

services. TFA BAUTE' was specifically logged into the Yahoo Chat room located under adult

romance fetishes. This is a public chat room that is open to any registered user of Yahoo. TFA

BAUTE' was logged into the room and waited for any of the users to make contact. TFA

BAUTE' was utilizing the screen █████████████and using the name of█████████████' TFA

BAUTE' was playing the role of a 34 year female from Florida. The U/C role of█████████████

is that of a mother with a nine year old son ███████████ and 11 year old daughter ████████████.


On October 1, 2007, at approximately 2:30pm EST,████████received an instant private

message from the screen name "tnmaster_2007." This individual was later identified as BOBBY

2

ALBERT MCGEE, hereinafter referred to as MCGEE. MCGEE started the conversation by stating "hello," to which greeting ██████ responded and introduced herself as a 34 year old female from Florida. *(A copy of the chat log listing all chat exchanges is attached to this affidavit and labeled as "Attachment A.")* MCGEE identified himself as a 62 year old male from Tennessee. MCGEE further indicated that he is a "Dom/Master." MCGEE immediately inquired about ██████ having children. ██████ replied that she did have a nine year old son and 11 year old daughter. MCGEE asked if ██████ children knew of previous sexual conduct ██████ had been involved in. ██████ advised they did. MCGEE then stated, "I would presume then that they night even be participants, yes?". MCGEE went on during the chat session to describe being a dominate or master over his woman and further described women submitting to him.

During the chat session, MCGEE turned that conversation towards the sexual experience of ██████ children. ██████ advised MCGEE that her children had been sexual with her ex-husband. MCGEE replied he would like to help continue the training of the children. MCGEE would later go on to state ██████ nine year old son should be trained to be a dominate master and her daughter should be a submissive slave. MCGEE then stated that ██████ son would use her and his sister (sexually). MCGEE then advised that he would use both ██████ and her daughter with the her son joining in sometimes.

MCGEE then turned the chat conversation into inquiring about the living arrangements for ██████. MCGEE advised he owned his own residence and then provided

3

pictures of his mobile home and land. MCGEE then spoke of ▓▓▓▓▓ moving in with him.

MCGEE stated the children would have to continue their education. MCGEE then stated the

children must understand that they cannot share with others the activities (sexual) that take place

at home. MCGEE then turned the focus of the chat session back on the living arrangements and

what he expected out of ▓▓▓▓▓ and the children should they reside with him. MCGEE

continued during this chat session to chat about engaging in sexual activity with ▓▓▓▓▓ and her

children. MCGEE specifically stated that he expected ▓▓▓▓▓ daughter to perform oral sex on

him as well as ▓▓▓▓▓ performing oral sex on her daughter and on her son. MCGEE then stated

that he expected both children to perform oral sex on her. MCGEE also stated that he expected

both children to watch him have sex with her as well as while bound in bondage.

MCGEE then spoke with ▓▓▓▓▓ via computer about coming to see her. MCGEE stated

that he would like to visit during one of the next two weekends.  The conversation ended with

MCGEE making plans to travel to Tallahassee, Florida to visit ▓▓▓▓▓ and her children.

3.  On October 2, 2007, another on-line chat session took place in Yahoo Messenger

between ▓▓▓▓▓ and MCGEE. *(A copy of the chat log listing all chat exchanges is attached to*

*this affidavit and labeled as "Attachment B.")* Shortly into the session, MCGEE brought up a

recent case involving a federal prosecutor in Florida that had been arrested after traveling under

similar circumstances. MCGEE then stated he was worried about ▓▓▓▓▓ being a member of law

enforcement. MCGEE questioned ▓▓▓▓▓ about being a member of law enforcement or even

working with law enforcement. ▓▓▓▓▓ assured MCGEE she was not, but MCGEE nonetheless

4

stated he would feel more comfortable if she instead did the traveling to him. ████████ agreed to travel to Tennessee to visit MCGEE and MCGEE agreed to help with the gas money.   MCGEE then mapped out the travel route for ████████   MCGEE advised during this chat that he is an attorney and that he has an office located at 122 East Main Street, Linden, Tennessee.

During part of this chat session, MCGEE had his web camera turned on and operational such that ████████ could see his face. ████████ introduced her daughter ████████ to MCGEE via chat. MCGEE then waived to ████████ over the web camera. At that point, ████████ (conducted by TFA BAUTE' acting undercover) began to chat with MCGEE. MCGEE asked ████████ about tickling her belly button and then moved onto having "special" (sexual) fun like she'd previously had with her "daddy." MCGEE then told ████████ to never tell anyone because they would not understand. ████████ (conducted by TFA BAUTE' acting undercover) then took back over the chat session. MCGEE told ████████ that ████████ may not find his "joystick" as responsive as her father's. MCGEE went onto say that when ████████ visited him this weekend, he expected ████████ to come before him, strip, and give herself to him while ████████ and ████████ watched.

4. On October 3, 2007, another chat session via Yahoo messenger took place between ████████ and MCGEE. *(A copy of the chat log listing all chat exchanges is attached to this affidavit and labeled as "Attachment C.")* This conversation discussed the traveling plans as well as sexual activity as in previous chat sessions.

5

On October 3, 2007, an undercover operative with the Florida Department of Law
Enforcement assisted in the investigation by placing a recorded telephone call to MCGEE as he
(MCGEE) had requested. The undercover operative assumed the voice role of ▓▓▓▓ MCGEE
spoke of ▓▓▓▓ traveling to his residence with her children as well sexual activity.

5. On October 4, 2007, TFA BAUTE' spoke with FBI Special Agent (S/A)
RHINEHART who agreed to assist with the investigation of the case. S/A RHINEHART
arranged for a photograph of an undercover agent who matched the description of ▓▓▓▓ that had
previously been provided to MCGEE be sent to TFA BAUTE'. S/A RHINEHART further
arranged for a Tennessee drivers license photograph of BOBBY ALBERT MCGEE to be sent via
email as well. (Memphis, TN). TFA BAUTE' reviewed the drivers license photograph provided
of BOBBY ALBERT MCGEE and determined that it was one and the same individual with
whom he had been communicating via the online chats referenced above.

On October 4, 2007, an undercover operative with the Florida Department of Law
Enforcement assisted in the investigation by placing a recorded telephone call to MCGEE as he
(MCGEE) had requested. The undercover operative assumed the voice role of ▓▓▓▓ MCGEE
spoke of ▓▓▓▓ traveling to his residence and arranged for the location for ▓▓▓▓ to call him
once she had arrived in Tennessee at which point he would meet her and lead her to his
(MCGEE's) home.

On October 4, 2007, another chat session took place between ▓▓▓▓ and MCGEE in

Yahoo. *(A copy of the chat log listing all chat exchanges is attached to this affidavit and labeled as "Attachment D.")* During this chat, ▓▓▓▓ provided MCGEE with the undercover photograph obtained from S/A RHINEHART. MCGEE advised he was excited to see▓▓▓▓▓ Friday. It was arranged for ▓▓▓▓▓ to call MCGEE from a Shell gas station that is across from a high school located in Linden, Tennessee.

On October 4, 2007, another chat session via Yahoo messenger took place between ▓▓▓▓ and MCGEE. This conversation discussed the travel plans for Friday (10/05/2007) for ▓▓▓▓ to travel to meet MCGEE in Tennessee along with her two children.

## CONCLUSION

Based on the above factual information, your affiant respectfully submits that there is probable cause to believe that BOBBY ALBERT MCGEE used a facility of interstate commerce, specifically: the Internet, to persuade, induce, entice, and coerce another individual, who had not attained the age of 18 years old, to engage in sexual activity for which a person can be charged with a criminal offense, in violation of Title 18, United States Code, Section 2422(b).

Your affiant, therefore, respectfully requests that the attached warrant be issued authorizing the arrest of BOBBY MCGEE for a violation of 18 U.S.C. section 2422(b).

Michael Baute'
Law Enforcement Lieutenant
Office of the Attorney General

7

```
| IntellectualHeaven (R) Yahoo Message Archive Decoder |
|   Copyright (c) http://www.intellectualheaven.com    |
|   Developed by: Pankaj Garg. All Rights Reserved.    |
--------------------------------------------------------
Decoded File: C:\Program
Files\Yahoo!\Messenger\Profiles\          \Archive\Messages\tnmaster_2007\20071001-
lmoney1973.dat
```

██████████ (14:30:53 PM): hey
██████████ (14:30:54 PM): asl?
tnmaster_2007 (14:31:04 PM): male dom 62
tnmaster_2007 (14:31:07 PM): tennessee
██████████ (14:31:15 PM): 34 f florida
tnmaster_2007 (14:31:52 PM): soo what is happening in the Sunshine state this
afternoon?
██████████ (14:32:11 PM): nice n sunny
██████████ (14:32:16 PM): how bout u
tnmaster_2007 (14:32:30 PM): well it is partly cludy here!!!lol
tnmaster_2007 (14:32:39 PM): but still a nice day weather wise.
██████████ (14:33:00 PM): nice
tnmaster_2007 (14:33:26 PM): i gathered from your post in the room that you
are a mom.
tnmaster_2007 (14:33:42 PM): child or children?
██████████ (14:33:42 PM): yep  u have any kids?  what u into
tnmaster_2007 (14:34:01 PM): have two daughters that are grown
tnmaster_2007 (14:34:10 PM): one married the other a jr in college.
tnmaster_2007 (14:34:15 PM): nither live wiht me.
tnmaster_2007 (14:34:29 PM): i am a Dom/Master.
██████████ (14:34:35 PM): mine r younger  son is 9 and daughter 11
tnmaster_2007 (14:34:38 PM): do you recognize those terms?
██████████ (14:35:06 PM): yes
tnmaster_2007 (14:35:23 PM): sre you a submissive?
██████████ (14:35:56 PM): mostly
tnmaster_2007 (14:36:02 PM):
tnmaster_2007 (14:36:18 PM): do you have a current owner?
██████████ (14:36:21 PM): no
tnmaster_2007 (14:36:40 PM): have you ever been owned/collared?
██████████ (14:36:45 PM): yes
tnmaster_2007 (14:37:05 PM): why are you no longer owned/collared?
██████████ (14:37:37 PM): divorced him when he got arrested
tnmaster_2007 (14:38:32 PM): ok
██████████ (14:38:59 PM): do u own anyone
tnmaster_2007 (14:38:55 PM): how long has it been since you submitted to a
Dom/Master?
██████████ (14:39:04 PM): almost year
tnmaster_2007 (14:25:43 PM): i have one slave, but unfortunately due to her
family committment we do not have 24/7 relationship
██████████ (14:40:05 PM): that sucks
tnmaster_2007 (14:40:21 PM): and due to distance, she lives in Indiana) we do
not get to spend nearly as much time together as i would like!
██████████ (14:40:48 PM): kinda hard
tnmaster_2007 (14:40:53 PM): yep
tnmaster_2007 (14:41:24 PM): she is married, has an invalidmom she cares for
and children still in school
██████████ (14:42:02 PM): wow that is hard
tnmaster_2007 (14:42:05 PM): are your children aware of your involvemnt and
participation in the 'lifestyle"?
██████████ (14:42:27 PM): yes
tnmaster_2007 (14:42:33 PM):
██████████ (14:42:39 PM): u dont think bad of me
tnmaster_2007 (14:43:00 PM): i would presume then that they night even be
participants, yes?
tnmaster_2007 (14:43:06 PM): no i do not
tnmaster_2007 (14:43:27 PM): i am glad to know that .

ATTACHMENT "A"

tnmaster_2007 (14:43:44 PM):  it makes things much easier!;)
🔲🔲🔲🔲🔲 (14:44:08 PM): thanks
🔲🔲🔲🔲🔲 (14:44:11 PM): do your kids know
tnmaster_2007 (14:44:53 PM): they know that i am a Dom and am seeking a 24/7
relationshgip wqith a submissive
tnmaster_2007 (14:45:05 PM):  but that is about the extent of their knowledge
tnmaster_2007 (14:45:29 PM):  they have not witnessed any real time scenes
🔲🔲🔲🔲🔲 (14:45:41 PM): oh ok
tnmaster_2007 (14:45:58 PM):  and are not(at least to my knowledge) into the
lifestyle themselves.
🔲🔲🔲🔲🔲 (14:46:33 PM): k
🔲🔲🔲🔲🔲 (14:46:44 PM): do they ever ask bout it
tnmaster_2007 (14:46:57 PM):  do you find yourself needintg to enjoy submitting
again?
🔲🔲🔲🔲🔲 (14:47:02 PM): yes
tnmaster_2007 (14:47:04 PM):  no they don't sk
tnmaster_2007 (14:47:17 PM):  if they did i would try to explain to them
🔲🔲🔲🔲🔲 (14:47:30 PM): it is important they understand
tnmaster_2007 (14:47:36 PM): yes
tnmaster_2007 (14:48:01 PM):  i agree  that it would be vry important if they
were living wiht me and sharing my household
tnmastex_2007 (14:48:05 PM):  but they are not.
tnmaster_2007 (14:48:34 PM):  their mother is very vanilla and very
conservative
🔲🔲🔲🔲🔲 (14:48:46 PM): that sucks
tnmaster_2007 (14:48:52 PM):  and she and i never participated in the lifestyle
tnmaster_2007 (14:49:05 PM):  that is one of the reasons that i am now
divorced!!
🔲🔲🔲🔲🔲 (14:49:17 PM): good for u
🔲🔲🔲🔲🔲 (14:49:25 PM): women need 2 care of their men
tnmaster_2007 (14:49:51 PM):  well not everyone understands, seeks or wants the
alternate lifestyle
🔲🔲🔲🔲🔲 (14:49:56 PM): true
🔲🔲🔲🔲🔲 (14:50:03 PM): some people just dont understand
tnmaster_2007 (14:50:13 PM):
🔲🔲🔲🔲🔲 (14:50:23 PM): ty
tnmaster_2007 (14:50:24 PM):  MANY people , just don't understand
tnmaster_2007 (14:50:58 PM):  and have onlythe sterotypical picture of the
lifestyle i.i. whis and chains and leather, etch.
🔲🔲🔲🔲🔲 (14:51:52 PM): that is so true
tnmaster_2007 (14:52:02 PM):
tnmaster_2007 (14:52:21 PM):  i have some rope and hancuffs and things
🔲🔲🔲🔲🔲 (14:52:31 PM): kool
tnmaster_2007 (14:52:32 PM):  but i do not own any leather clothing!!!lol
🔲🔲🔲🔲🔲 (14:52:56 PM): lol
tnmaster_2007 (14:53:57 PM):  what is the extent of your childrens involvement
in the lifestyle?
tnmaster_2007 (14:54:23 PM): involvement/knowledge?
🔲🔲🔲🔲🔲 (14:55:38 PM): back had to pee
🔲🔲🔲🔲🔲 (14:55:48 PM): ex had them involved
🔲🔲🔲🔲🔲 (14:55:50 PM): is that ok
tnmaster_2007 (14:56:02 PM):
tnmaster_2007 (14:56:15 PM):  yes that is okl
tnmaster_2007 (14:56:31 PM):  do you wish them to continue to be involved?
🔲🔲🔲🔲🔲 (14:56:42 PM): thought bout it
tnmaster_2007 (14:56:49 PM): and?
🔲🔲🔲🔲🔲 (14:57:22 PM): just not the right opportunity
tnmaster_2007 (14:57:35 PM): oh?
tnmaster_2007 (14:57:54 PM):  no Dom that has been interested, eh?
🔲🔲🔲🔲🔲 (14:58:10 PM): none ever asked bout kids before
tnmaster_2007 (14:58:18 PM):
tnmaster_2007 (14:58:20 PM):  i see.
tnmaster_2007 (14:58:42 PM):  well as you can see... 1 did!!;)

████████████ (14:58:46 PM): what bout u?
tnmaster_2007 (14:59:12 PM): i would not be opposed to giving them more 'training'
tnmaster_2007 (14:59:45 PM): with your consent and assistance, of course.
tnmaster_2007 (15:01:35 PM): how do you feel bout that?
████████████ (15:01:51 PM): interested
tnmaster_2007 (15:02:03 PM):
tnmaster_2007 (15:02:07 PM): good!
tnmaster_2007 (15:02:34 PM): sooo what do you do there in Florida?
████████████ (15:02:40 PM): i am single mom that could use some help
tnmaster_2007 (15:02:43 PM): what is your occupation?
████████████ (15:02:55 PM): i do marketing..i really help businesses with their advertising
tnmaster_2007 (15:03:09 PM): interesting
████████████ (15:03:14 PM): u
tnmaster_2007 (15:03:28 PM): do you work with a firm or do you contract independently?
tnmaster_2007 (15:03:42 PM): i am an attorney.
████████████ (15:03:42 PM): independant...
████████████ (15:03:49 PM): wow cool
tnmaster_2007 (15:04:04 PM): sooo
tnmaster_2007 (15:04:10 PM): describe yourself
tnmaster_2007 (16:04:17 PM): or better yet share a pic.
████████████ (16:04:34 PM): im 5'6  105  dark blonde with hazel eyes
tnmaster_2007 (16:04:54 PM): hmmmm! sounds delightful
████████████ (16:05:03 PM): u
tnmaster_2007 (16:05:16 PM): there should be a pic on my profile
tnmaster_2007 (16:05:22 PM): if there isn't let me know
████████████ (16:05:25 PM): haven't looked yet..i will
tnmaster_2007 (16:05:42 PM): or if there is and you want other pics let me know that as well.
████████████ (16:06:15 PM): how do i look at it
tnmaster_2007 (16:06:35 PM): click on actions
tnmaster_2007 (16:07:09 PM): then on contact options
tnmaster_2007 (16:07:15 PM): then on profile.
████████████ (16:07:30 PM): no photo
tnmaster_2007 (16:07:44 PM): hmmm! well shucks!
████████████ (16:09:11 PM): nice pic...i like the beard
tnmaster_2007 (16:09:15 PM): ty
tnmaster_2007 (16:09:41 PM): not anything special
tnmaster_2007 (16:09:55 PM): just a horney old redneck Dom!!!:D
████████████ (16:10:09 PM): sorda like sean connery
tnmaster_2007 (16:10:18 PM): lol
tnmaster_2007 (16:10:48 PM): but without the film credits and especially wihtout the economic clout!!!lol
tnmaster_2007 (16:11:12 PM): would love to have both!!!lol
████████████ (16:11:40 PM): ho.
tnmaster_2007 (16:12:37 PM): i am seeking a 14/7 situation
tnmaster_2007 (16:12:50 PM): would you have any interest in relocating?
████████████ (16:12:51 PM): would b nice
████████████ (16:12:58 PM): i can work anywhere
tnmaster_2007 (16:13:55 PM): would you like to see some pics of where i live?
████████████ (16:14:08 PM): yeah that would b cool
tnmaster_2007 (16:15:10 PM): nothing fancy
tnmaster_2007 (16:15:24 PM): it is a 16X80 mobile home
tnmaster_2007 (16:15:46 PM): but i have a pretty good view lol
████████████ (16:16:00 PM): oh yeah very nice
████████████ (16:17:35 PM): i love the country
████████████ (16:17:43 PM): your view is great
tnmaster_2007 (16:17:52 PM): the spare bedroom now has two beds in it
████████████ (16:18:01 PM): nice
tnmaster_2007 (16:18:13 PM): there are two bathrooms (both full bat)
████████████ (16:18:39 PM): that is nice

tnmaster_2007 (16:19:04 PM): sorry i got booted
(blacked out) (16:19:08 PM): its ok
tnmaster_2007 (16:19:20 PM):  was saying that two beds in spare bedroom
(blacked out) (16:19:34 PM): nice
tnmaster_2007 (16:20:03 PM):  and children could use them when not jloining us
in the Master bedroom  on the king size bed!!!:D;)
(blacked out) (16:20:24 PM): i like how u think
tnmaster_2007 (16:20:37 PM): :) ty
tnmaster_2007 (16:20:54 PM):  and i like that you like how i think!!!;)
(blacked out) (16:21:20 PM): ty
(blacked out) (16:21:23 PM): :-)
tnmaster_2007 (16:21:47 PM): btw add me so that if we get booted again can get
back to you quicker.
tnmaster_2007 (16:21:49 PM):  ok?
(blacked out) (16:22:00 PM): ok
(blacked out) (16:23:03 PM): got it
tnmaster_2007 (16:23:09 PM): ty
tnmaster_2007 (16:24:18 PM):  just to let you know some of my thoughts--  i
think that sin should be trained to assume roll of Dom/Master and that daughter
shuold be trained as sub/slave.
(blacked out) (16:24:46 PM): i like the idea
tnmaster_2007 (16:25:32 PM): in thinking about that ultimately son would use
you and his sister.
tnmaster_2007 (16:25:36 PM):  understand?
(blacked out) (16:25:40 PM): yeah
(blacked out) (16:25:51 PM): all together or seperate
tnmaster_2007 (16:26:05 PM): together at times
tnmaster_2007 (16:26:09 PM):  separate at times
(blacked out) (16:26:16 PM): k
tnmaster_2007 (16:26:25 PM):  sometimes joining me in using you and daughter,
(blacked out) (16:26:31 PM): k
tnmaster_2007 (16:26:44 PM):  son is too young now to fully use either of you,
i think.
(blacked out) (16:26:53 PM): he is maturing pretty good
tnmaster_2007 (16:27:00 PM):  was seeing that as future possibilities down the
road.
(blacked out) (16:27:05 PM): k
tnmaster_2007 (16:27:25 PM):  it will depend on his maturity etc.
(blacked out) (16:27:31 PM): true
tnmaster_2007 (16:27:45 PM):  something that can be judged only after observing
him for a while
(blacked out) (16:28:04 PM): you r the boss
tnmaster_2007 (16:28:12 PM):  daughter is probably old enough to serve in some
capacity now
(blacked out) (16:28:17 PM): yes she is
tnmaster_2007 (16:28:30 PM):  but it may be that they both need only to obsere
in the baginning.
(blacked out) (16:28:45 PM): she does have experience with her father
tnmaster_2007 (16:28:56 PM):  i see
tnmaster_2007 (16:29:29 PM):  and does she seem to have the apptitude and the
feeling to become a slave?
(blacked out) (16:29:41 PM): not sure bout slave cuz he was gentle with her
tnmaster_2007 (16:29:50 PM):
tnmaster_2007 (16:30:17 PM):  well one can be gentle with a slave without
resorting to cruel
(blacked out) (16:30:42 PM): ok...she would prob more likely to go along with it
if she is not hurt at all
tnmaster_2007 (16:30:44 PM):  in my mind and philosphy there is a definite
difference between "use" and ":abuse"
(blacked out) (16:30:53 PM): true
tnmaster_2007 (16:31:51 PM): hold on a moment got a cel
tnmaster_2007 (16:31:55 PM): dont run off!!
(blacked out) (16:31:57 PM): k

tnmaster_2007 (16:41:10 PM): ok
tnmaster_2007 (16:41:17 PM): soirry about that
tnmaster_2007 (16:41:34 PM): still there?
████████ (16:41:57 PM): yes
tnmaster_2007 (16:42:02 PM): ok
tnmaster_2007 (16:42:10 PM): sooo
tnmaster_2007 (16:42:52 PM): you are about to be exposed to a question that yo
will hear ad nauseum when commnicating wiht me!!!
████████ (16:42:59 PM): would be nice to have some security in our lives
████████ (16:43:01 PM): go ahead
tnmaster_2007 (16:43:05 PM): What are you thinking and feeling right now?
████████ (16:43:10 PM): i like u
tnmaster_2007 (16:43:28 PM): ty
████████ (16:43:44 PM): yw
tnmaster_2007 (16:43:54 PM): hmmm! do you own your home now?
tnmaster_2007 (16:44:03 PM): or are you renting/leasing?
████████ (16:44:22 PM): nc rent..we just moved in a couple days ago...lost
house to bank
tnmaster_2007 (16:44:35 PM): bummer!
████████ (16:44:38 PM): that whole mortgage crap
████████ (16:44:49 PM): adjustable went up and couldn't pay when got divorced
tnmaster_2007 (16:44:52 PM): well at least you can have a roof over your
heads!!!lol
████████ (16:44:59 PM): yes   .
tnmaster_2007 (16:45:27 PM): my residence is woned outright wiht no mortgage
or other debt on it!!!*G*
████████ (16:45:34 PM): that is nice
tnmaster_2007 (16:46:13 PM): and there is a computer at the house which you
could use in persuing your vocation.
████████ (16:46:21 PM): that would b good
tnmaster_2007 (16:47:06 PM): one thing that needs to be considered is your
children's education.
████████ (16:47:21 PM): they do good in school
████████ (16:47:23 PM): i make sure
tnmaster_2007 (16:47:27 PM): my thought is that they get ienrolled in public
school here.
████████ (16:47:33 PM): yes
████████ (16:47:35 PM): i agree
tnmaster_2007 (16:48:02 PM): however they must definitely understand that they
cannot share with others--the activities that gc on at home.
tnmaster_2007 (16:48:12 PM): Do you think that would be a problem?
████████ (16:48:42 PM): oh they know that for sure!!! they are very good
about that.....i try to treat them very well and keep them happy
tnmaster_2007 (16:48:52 PM): good
tnmaster_2007 (16:49:11 PM): i do not want them to operate out of 'fear'!
████████ (16:49:21 PM): me either
tnmaster_2007 (16:49:33 PM): but i will expect nem to behave both at home and
in the vanilla world.
████████ (16:49:46 PM): i love them very much and they me very much...they
would never say anything to break up the family
tnmaster_2007 (16:49:56 PM): good
tnmaster_2007 (16:50:03 PM): i am glad to hear that
████████ (16:50:03 PM): true
tnmaster_2007 (16:50:20 PM): i am also glad to hear that you all love each
other.
tnmaster_2007 (16:50:27 PM): family is important
████████ (16:50:35 PM): yes it is
tnmaster_2007 (16:50:38 PM): let me put it to you this way
████████ (16:50:39 PM): they need a father figure
tnmaster_2007 (16:51:07 PM): there will be only two things that you wil place
above me and doing my bidding
tnmaster_2007 (16:51:20 PM): and those are (1) your theology

tnmaster_2007 (16:51:39 PM): and (2) your immediate family --i.e. your children.

████████ (16:51:39 PM): yes

████████ (16:51:47 PM): i agree

tnmaster_2007 (16:52:31 PM):

████████ (16:52:47 PM): i havent had to either

tnmaster_2007 (16:52:48 PM): but they did know that i would have done so if necessary

tnmaster_2007 (16:52:57 PM): i tried to use other means!

████████ (16:53:18 PM): u sound alot like me

tnmaster_2007 (16:53:25 PM): it disgusts me to see parents slapping nand knocking on thier children all the time.

████████ (16:53:30 PM): yes indeed

tnmaster_2007 (16:54:21 PM): i would hope that your children would come to respect me and obey and exhibit good manners not only at home ut when they are in the vanilla orld because they respect both you and me .

████████ (16:54:46 PM): im sure htye would

tnmaster_2007 (16:54:57 PM): good

tnmaster_2007 (16:55:23 PM): it will be difficult initially for them t accept me as head of husehold i suspect.

tnmaster_2007 (16:55:36 PM): soo that has to be handled carefully

████████ (16:55:36 PM): they want a father figure again

tnmaster_2007 (16:55:52 PM): i ill not try to 'become their father"

████████ (16:55:57 PM): k

tnmaster_2007 (16:56:20 PM): they will however be expected to be respectful and address me as "sir"

████████ (16:56:29 PM): i fully agree

████████ (16:57:35 PM): repsect is important and i teach them both that

tnmaster_2007 (16:57:48 PM): sooo it seems to me that it will be your responsibility as well as mine to help them become acclimated to a new house hold and new rules!

████████ (16:57:56 PM): yes

tnmaster_2007 (16:58:07 PM): btw there will not be a lot of rules as fare as they are concerned

████████ (16:58:16 PM): k

tnmaster_2007 (16:58:39 PM): ok

tnmaster_2007 (16:58:47 PM): here it comes again..lol

tnmaster_2007 (16:58:54 PM): what are you thinking and feeling now?

████████ (16:59:18 PM): how nice it is to talk to someone that wants what i want and respects me ?

tnmaster_2007 (17:00:08 PM): well it is nice to talk to someone who has given the matter some thought ahead of time. i need to tell you my 'warts' now!!!lol

████████ (17:00:18 PM): lol

tnmaster_2007 (17:00:19 PM): I am not a "STUD"!

████████ (17:00:30 PM): im not into all that crap

tnmaster_2007 (17:00:32 PM): i am and ordinary man

████████ (17:00:34 PM): im not 19 anymore lol

tnmaster_2007 (17:00:58 PM): i have diabetes which is controlled wiht insulin and medication

████████ (17:01:10 PM): i have two cousins with it

tnmaster_2007 (17:01:23 PM): my body does not always respond as quickly and as well as i would desire!

████████ (17:02:14 PM): u r good with us

tnmaster_2007 (17:02:21 PM): quite often(too often) my mind writes checks that my body returns marked "insufficient funds" or "no account"!!lol

████████ (17:02:33 PM): lol

tnmaster_2007 (17:02:45 PM): however it has not seemed to effect my imagination at all

████████ (17:02:57 PM): that is good

tnmaster_2007 (17:03:09 PM): nor my fingers and lips and tongue!!!;)

████████ (17:03:16 PM): mmmm nice

tnmaster_2007 (17:03:52 PM): as you saw from one of the pics, i am a smoker

████████ (17:03:58 PM): that is ok

tnmaster_2007 (17:04:34 PM): and that along wiht the diabetes and the age, does not have a "positive" effect on my penis!:D
████████ (17:04:44 PM): 'that is good!!!!
tnmaster_2007 (17:05:32 PM): but i hope and thionk that you and your daughter will be ale to coax more out of it than it is responding now.
tnmaster_2007 (17:05:33 PM): lol
tnmaster_2007 (17:05:43 PM): i still cum after masturbation
████████ (17:05:50 PM): i liek that
tnmaster_2007 (17:05:55 PM): but no longer in great quantity!!!lol
████████ (17:06:03 PM): that is ok
tnmaster_2007 (17:06:14 PM): well i hope so!!!lol
tnmaster_2007 (17:06:22 PM): just did not want to mislead you.
████████ (17:06:30 PM): ty
tnmaster_2007 (17:07:13 PM): i know a place in Nashville called Menages( a private on premises swing club
tnmaster_2007 (17:07:30 PM): and will take you there form time to time for a dual purpose.
████████ (17:07:32 PM): never been 2 one...i forgot to ask...where in tn do u live
tnmaster_2007 (17:08:19 PM): one -to watch you perform wiht others and (2) to give you some hard and willing dicks to find pleasure wiht.
████████ (17:08:33 PM): wow that is nice
tnmaster_2007 (17:08:37 PM): i live in Middle tennessee
████████ (17:08:42 PM): k
tnmaster_2007 (17:08:50 PM): about 80 miles southwest of Nashville
████████ (17:09:05 PM): nice
tnmaster_2007 (17:09:36 PM): i hope to also invite some friends over from time to time to share you wiht
████████ (17:09:53 PM): k...but not the kids with anyone else ok?
tnmaster_2007 (17:09:55 PM): but will not want the children present for those activities
████████ (17:09:59 PM): lol
tnmaster_2007 (17:10:21 PM): i also kno w a swinging couple here , whom i would love to introduce you to!!*G*
████████ (17:10:30 PM): k
tnmaster_2007 (17:11:26 PM): btw what, if any, are your 'hard limits"?
████████ (17:11:39 PM): not very much into anal
tnmaster_2007 (17:11:50 PM): ok
tnmaster_2007 (17:12:04 PM): go on.
████████ (17:12:12 PM): that is pretty much it
tnmaster_2007 (17:13:27 PM): ok
tnmaster_2007 (17:13:27 PM): :D
████████ (17:13:50 PM): :">
████████ (17:14:01 PM): :).
tnmaster_2007 (17:15:15 PM): sooo
tnmaster_2007 (17:15:37 PM): what are you thinking now?
████████ (17:16:02 PM): just how nice this is..almost 2 good 2 be true...i hope you are not just playing with my head or some fantasy thing
tnmaster_2007 (17:16:20 PM):
tnmaster_2007 (17:17:14 PM): of all thethings i am...i am not a game player"
████████ (17:17:33 PM): good
████████ (17:17:49 PM): im not in playing games either
tnmaster_2007 (17:18:00 PM): nor am i "playing with your hea"
████████ (17:18:09 PM): :-)
████████ (17:18:46 PM): i cant wait 2 c u
████████ (17:19:51 PM): brb gotta pee again
tnmaster_2007 (17:19:58 PM): ok
tnmaster_2007 (17:20:54 PM): me too
tnmaster_2007 (17:20:56 PM): brb
tnmaster_2007 (17:22:42 PM): ok
tnmaster_2007 (17:22:47 PM): i'm back!
tnmaster_2007 (17:22:49 PM): you?
████████ (17:25:37 PM): im back

tnmaster_2007 (17:26:28 PM): wb

████████████ (17:26:43 PM): ty

tnmaster_2007 (17:28:13 PM): well i am looking forward to putting eyeballs.

████████████ (17:28:17 PM): me 2

tnmaster_2007 (17:28:22 PM): on you as well

████████████ (17:29:13 PM): how far r u from tallahassee

tnmaster_2007 (17:30:24 PM): don't know for sure.

tnmaster_2007 (17:30:53 PM): let me check with mapquest..

████████████ (17:30:57 PM): k

tnmaster_2007 (17:31:29 PM): brb

████████████ (17:31:32 PM): k

tnmaster_2007 (17:34:49 PM): 505 miles.

████████████ (17:35:05 PM): wow that is quite a drive away

tnmaster_2007 (17:35:58 PM): yes

tnmaster_2007 (17:36:29 PM): what transportransportation do you have?

████████████ (17:36:56 PM): i have a 1999 ford taurus

tnmaster_2007 (17:37:08 PM): ok

████████████ (17:37:53 PM): u

tnmaster_2007 (17:38:35 PM): 2001 GMC silverado pickup.

████████████ (17:38:46 PM): i like trucks

tnmaster_2007 (17:38:55 PM): good!

████████████ (17:39:28 PM): my car is paid for !!!!!!

tnmaster_2007 (17:39:38 PM): hope you and the childrenboth enjoy the river.

████████████ (17:39:45 PM): oh yeah

tnmaster_2007 (17:40:04 PM): got a pontton boat and a bassbcat and a john boat
we can use.

████████████ (17:40:20 PM): that is awesome

████████████ (17:41:18 PM): hey my email is ████████████████████ if you ever
wanna email 2

tnmaster_2007 (17:42:26 PM): ok

tnmaster_2007 (17:42:43 PM): hold on got another call

████████████ (17:42:46 PM): k

tnmaster_2007 (17:42:54 PM): don't leave.

████████████ (17:42:58 PM): k

tnmaster_2007 (17:46:38 PM): ok back now

████████████ (17:47:09 PM): k

tnmaster_2007 (17:47:59 PM): hmmm! something else you should be aware of i am
not monogamus and will expect you to perfom wiht others as i watch and
sometimes participate.

tnmaster_2007 (17:48:20 PM): the you being ████████ not ████████ children.

████████████ (17:48:23 PM): im ok with that

tnmaster_2007 (17:49:58 PM): and i suspect there will be times when i require
of you something just between you and me that one or bcht of your children may
observe ( not that tehy ir presence will be requested) but the mere fact that
they may enter the area.

████████████ (17:50:22 PM): im fine with them

tnmaster_2007 (17:50:27 PM): ok

tnmaster_2007 (17:50:41 PM): are you bi?

████████████ (17:50:57 PM): never really done anything with a woman

tnmaster_2007 (17:51:16 PM): well you will!!!:D

████████████ (17:51:23 PM): k

████████████ (17:51:29 PM): ease me into it

tnmaster_2007 (17:51:43 PM): i understand

tnmaster_2007 (17:51:53 PM): and that is a reasonable request.

████████████ (17:52:03 PM): what would u want the children 2 do

tnmaster_2007 (17:52:43 PM): well as i said earlier i suspect that your son
will mainly observe , certainly initially.

████████████ (17:52:52 PM): u r the master!!! lol!!!

████████████ (17:52:58 PM): k

tnmaster_2007 (17:53:01 PM): yes i am

████████████ (17:53:18 PM): we do as u say

tnmaster_2007 (17:53:24 PM): i will expect your daughter to serve me orally.

████████████ (17:53:30 PM): ok

tnmaster_2007 (17:53:52 PM): tell me what kinds of things their father did wiht them.

▆▆▆▆▆▆ (17:54:19 PM): he taught her bout sex and made her perform oral on him and him on her

tnmaster_2007 (17:54:32 PM): ok

tnmaster_2007 (17:54:37 PM): go on.

▆▆▆▆▆▆ (17:55:04 PM): she never told anyone and thought of it as more of fun time

tnmaster_2007 (17:55:16 PM): :D

tnmaster_2007 (17:55:24 PM): ok go on.

▆▆▆▆▆▆ (17:55:50 PM): she knows that she can talk about stuff from home to others. she seemed to like the oral

▆▆▆▆▆▆ (17:56:19 PM): i dont know how u think but i think 11 year old girls now are old enough to experience life and learn about sex

tnmaster_2007 (17:56:40 PM): agreed as a general proposition

tnmaster_2007 (17:56:49 PM): but there are some exceptions

tnmaster_2007 (17:56:58 PM): although not her!!!lol

▆▆▆▆▆▆ (17:57:01 PM): i dont believe in farming her out but to learn from a father figure is good

tnmaster_2007 (17:57:14 PM): agreed.

▆▆▆▆▆▆ (17:57:45 PM): that is how i learned

tnmaster_2007 (17:58:04 PM): how will they feel about the probability that you will be nude or at least partially nude at home?

▆▆▆▆▆▆ (17:58:16 PM): i already do that now

tnmaster_2007 (17:58:20 PM): ok

tnmaster_2007 (17:58:51 PM): what kinds of use were you put to by their father in thier presence?

▆▆▆▆▆▆ (17:59:08 PM): complete sex

▆▆▆▆▆▆ (17:59:23 PM): my ex would make them watch and told them they needed to learn

▆▆▆▆▆▆ (17:59:30 PM): how to do it properly

tnmaster_2007 (17:59:40 PM): :D

tnmaster_2007 (16:00:04 PM): did they ever see you bound/restrained?

▆▆▆▆▆▆ (16:00:05 PM): no

tnmaster_2007 (18:00:34 PM): did he bind or restrain you?

▆▆▆▆▆▆ (18:00:44 PM): he really wasnt into that

tnmaster_2007 (18:00:50 PM): ok

tnmaster_2007 (18:01:36 PM): what are your thoughts about that for examle them seeing you handcuffed or tied to a chair?

▆▆▆▆▆▆ (18:02:14 PM): never really thought bout...i guess if we talked to them first and explained it them you werent putting me i guess it would b ok

tnmaster_2007 (18:02:27 PM): i see

tnmaster_2007 (18:02:53 PM): and i agree that they must know that any of that sort of thing is being done by you willingly.

▆▆▆▆▆▆ (18:03:04 PM): yes i agree

▆▆▆▆▆▆ (18:03:24 PM): i think as long as we explain things to them and teach them, they will no like

tnmaster_2007 (18:03:33 PM): ok

tnmaster_2007 (18:03:35 PM): good

tnmaster_2007 (18:04:08 PM): and if they have any questions, we must do our best to answer them and explain things.

▆▆▆▆▆▆ (18:04:12 PM): yes

tnmaster_2007 (18:04:50 PM): eventually i will require you to perform oral sex on your daughter

tnmaster_2007 (18:04:55 PM): and also your son

tnmaster_2007 (18:05:06 PM): when i think he is ready to experience that.

▆▆▆▆▆▆ (18:05:42 PM): ok

tnmaster_2007 (18:06:13 PM): and additionally they will be directed to perform oral sex on you.

tnmaster_2007 (18:06:18 PM): understand?

▆▆▆▆▆▆ (18:06:21 PM): yes

tnmaster_2007 (18:06:51 PM): have either of them observed you during your masturbation?

(18:07:00 PM): my ex had them watch
tnmaster_2007 (18:07:06 PM): ok
tnmaster_2007 (18:07:32 PM): and what 'toys' do you have that you use during masturbation?
(18:07:43 PM): just normal vibrator
tnmaster_2007 (18:08:14 PM): ok
tnmaster_2007 (18:08:53 PM): how do you feel about being used as a urinal?
(18:09:11 PM): never even though bout that one
(18:09:18 PM): i dont htink i would like that
tnmaster_2007 (18:09:47 PM): hmmm! i take it that you have never been used that way, right?
(18:09:51 PM): no
tnmaster_2007 (18:10:58 PM): :Dwell that is the one thing (pissing) that my dick can still do wihtout 'coaxing' or usinf chemical help!!!lol
(18:11:21 PM): lol :))
tnmaster_2007 (18:12:21 PM): and i will expect you to 'tolerate' it if not learn to want it!;)
(18:12:44 PM): k
tnmaster_2007 (18:13:54 PM): , i am trying to tell you these things because i do not want you to have data to use in making your decision.
tnmaster_2007 (18:13:58 PM): understand?
(18:14:30 PM): ty...i like what i have heard....i also like the security you can provide me and my family
tnmaster_2007 (18:14:50 PM):
tnmaster_2007 (18:15:04 PM): define what you mean by 'security"
(18:15:33 PM): security of a partner, lover, friend, father figure for my children, roof over our heads. not having to move all the time
tnmaster_2007 (18:15:46 PM):
tnmaster_2007 (18:15:47 PM): ok
tnmaster_2007 (18:16:53 PM): well i want you to understand also that you will be expected to continue your vocation and use the funds so generated to provide for the household and for your children.
tnmaster_2007 (18:16:58 PM): undersstand?
(18:17:08 PM): oh yes definitely
tnmaster_2007 (17:17:33 PM): i am old and sometimes can't remember as well as I once did!!lol
tnmaster_2007 (17:17:40 PM): hello
tnmaster_2007 (18:17:59 PM): still there?
tnmaster_2007 (18:18:06 PM): i see.
(18:18:10 PM): im sorry i got booted off
tnmaster_2007 (18:18:37 PM): anway did i ask you befor e to share pics with me?
(18:19:05 PM): i have to try and get one on here...this is a new puter
tnmaster_2007 (18:19:14 PM): oh?
(18:19:19 PM): i will look for one tonight and see if i can send it 2 u
tnmaster_2007 (18:19:28 PM): good.
tnmaster_2007 (18:19:43 PM): tnmaster_2007@yahoo.com
(18:19:52 PM): ok tks
tnmaster_2007 (18:20:02 PM): btw
(18:20:08 PM): yes
tnmaster_2007 (18:20:11 PM): where are your children now?
(18:20:46 PM): is playing soccer outside with the neighbor boys and is doing her homework
tnmaster_2007 (18:20:53 PM): ok
(18:21:12 PM): oh by the way....my son is and my daughter is
(18:21:18 PM): im sure you figured that out lol
tnmaster_2007 (18:21:59 PM): well i think you should have a discussion this evening with them about the possibility of your bringing them to tennessee so that you and they can live with me.
tnmaster_2007 (18:22:09 PM): lol

tnmaster_2007 (18:22:24 PM):  yes i did manage to analyze it that way!!!!lol
▓▓▓▓▓▓▓▓▓ (18:22:33 PM): before i come there...can you come meet us so i just
dont pack up andmove one day
tnmaster_2007 (18:22:55 PM):  i see no reasn why that can't be accomplished
▓▓▓▓▓▓▓ (18:23:03 PM): :-)
tnmaster_2007 (18:23:08 PM):  and i think it is a good idea
▓▓▓▓▓▓▓▓▓ (18:23:36 PM): i know they will like u and i already do!!!
tnmaster_2007 (18:24:07 PM):  I will leave it to your discretion as to the
extent of what you tell them before i come to visit.
▓▓▓▓▓▓▓▓ (18:24:50 PM): ok
▓▓▓▓▓▓▓▓ (18:25:02 PM): i do like to be open with them...
tnmaster_2007 (18:25:09 PM):  after all you know them better than i do!!!lol
▓▓▓▓▓▓▓ (18:25:18 PM): i think they would be fine with the arrangements and
are plans
tnmaster_2007 (18:25:32 PM):
tnmaster_2007 (18:25:38 PM):  i hope so!!!
tnmaster_2007 (18:26:06 PM):  sooo here it comes again--lol what are you
thinking right now?
▓▓▓▓▓▓▓▓ (18:26:16 PM): like im on cloud 9
tnmaster_2007 (18:26:32 PM): :D
tnmaster_2007 (18:27:04 PM):  what are you r thoughts as to what you are going
to tell them this evening?
▓▓▓▓▓▓▓▓ (18:27:26 PM): i thinkim gonna tell them i met sonmeone and that me
might become a family....
tnmaster_2007 (18:27:33 PM):  do you plan to speak to them together ? or will
you speak to each one separately?
▓▓▓▓▓▓▓▓ (18:27:38 PM): i wil ease then into the sex stuff
▓▓▓▓▓▓▓▓ (18:27:40 PM): together
tnmaster_2007 (18:27:57 PM):  ok i approve.
▓▓▓▓▓▓▓▓ (18:28:49 PM): ty
tnmaster_2007 (18:29:16 PM):  you may tell them that they can ask any questions
that they want to and if you don' t already have nformation to answer the
questions, let me know what they are and i will provide you with the necessary
data.
▓▓▓▓▓▓▓▓ (18:29:41 PM): ok cool
tnmaster_2007 (18:30:14 PM):  the light isn , the best her
tnmaster_2007 (18:30:16 PM):  sorry
tnmaster_2007 (18:30:23 PM):
tnmaster_2007 (18:30:31 PM):  maybe that will help some.
▓▓▓▓▓▓▓▓ (18:30:41 PM): nice
tnmaster_2007 (18:30:53 PM):  i a still at the office
▓▓▓▓▓▓▓▓ (18:30:58 PM): ok ok
tnmaster_2007 (18:31:08 PM):  gill contact you when i get home.
▓▓▓▓▓▓▓▓ (18:31:09 PM): cr
tnmaster_2007 (18:31:12 PM):  the light is better there.
▓▓▓▓▓▓▓▓ (18:31:21 PM): ok
▓▓▓▓▓▓▓▓ (18:31:32 PM): i m gonna go make him dinner hten
▓▓▓▓▓▓▓▓ (18:31:38 PM): when will u b back online
tnmaster_2007 (18:31:41 PM):  and if you wish and they want to i will turn on
the cam there for them to see as well
▓▓▓▓▓▓▓▓ (18:31:49 PM): good idea
tnmaster_2007 (18:32:11 PM):  i don't have a particular time to go home!!!lol
▓▓▓▓▓▓▓▓ (18:32:16 PM): nice
tnmaster_2007 (18:32:18 PM):  i am my own boss!!!tee hee
▓▓▓▓▓▓▓▓ (18:32:24 PM): like me!!!
tnmaster_2007 (18:32:36 PM):  how much time will you need?
▓▓▓▓▓▓▓▓ (18:32:47 PM): give me about an hour
▓▓▓▓▓▓▓▓ (18:32:54 PM): say be back on line around 730p
tnmaster_2007 (18:32:58 PM):  i can do that
▓▓▓▓▓▓▓▓ (18:33:08 PM): ok..talk 2 u soon  >:D
▓▓▓▓▓▓▓▓ (18:33:12 PM): :-*
tnmaster_2007 (18:33:15 PM):  7:30 you time
▓▓▓▓▓▓▓▓ (18:33:32 PM): im on eastern....u?

tnmaster_2007 (18:33:33 PM): i am on CST will try to adjust for that.
▓▓▓▓▓▓▓ (18:33:36 PM): oh ok
tnmaster_2007 (18:34:16 PM): be well my dear.
tnmaster_2007 (18:34:29 PM): looking forward to this evening.
▓▓▓▓▓▓ (18:34:47 PM): me 2
tnmaster_2007 (18:34:54 PM): goo
tnmaster_2007 (18:35:04 PM): feed your children!!*G*
tnmaster_2007 (18:35:08 PM): see ya!
▓▓▓▓▓▓ (18:35:44 PM): k cya
▓▓▓▓▓▓ (19:41:45 PM): im back
▓▓▓▓▓▓ (19:41:51 PM): r u there
tnmaster_2007 (20:00:04 PM): me too
▓▓▓▓▓▓ (20:00:25 PM): ur back  :-)
tnmaster_2007 (20:00:31 PM): soo what did you have for supper?
▓▓▓▓▓▓ (20:00:58 PM): I made baked chicken...green beans, and mash potatoes
tnmaster_2007 (20:01:06 PM): yummy
tnmaster_2007 (20:01:10 PM): sounds good
▓▓▓▓▓▓ (20:01:11 PM): yes it was
tnmaster_2007 (20:01:25 PM): i am having a seafood sub from subway.
tnmaster_2007 (20:01:49 PM): btw i probably ough to tell you , i am a picky eater
tnmaster_2007 (20:02:02 PM): i will eat or drink anything except gin
tnmaster_2007 (20:02:07 PM): or buttermilk!!lol
▓▓▓▓▓▓ (20:02:26 PM): that is ok
tnmaster_2007 (20:02:27 PM): \ as long aws it isn't either of those things just let me have at it!lol
▓▓▓▓▓▓ (20:02:57 PM): lol
▓▓▓▓▓▓ (20:03:09 PM): not very picky
tnmaster_2007 (20:03:13 PM): hmmm!
tnmaster_2007 (20:03:43 PM): just had a 'vision' of you naked and trying to cook while i was fondling your tits and ass!!!lol
▓▓▓▓▓▓ (20:03:44 PM): i talked with ▓▓▓▓ n ▓▓▓▓ some
▓▓▓▓▓▓ (20:03:51 PM): mmm i like that
tnmaster_2007 (20:04:10 PM): ok what if anything did they have to say?
tnmaster_2007 (20:04:15 PM): or want to know?
▓▓▓▓▓▓ (20:04:28 PM): they like the idea of a man in the house
tnmaster_2007 (20:04:43 PM): :D
▓▓▓▓▓▓ (20:04:50 PM): i told ▓▓▓▓ it would be sorta like her relationship with her dad
tnmaster_2007 (20:04:55 PM): even a ugly old man like me?!!!???
▓▓▓▓▓▓ (20:05:01 PM): she asked about fun games
▓▓▓▓▓▓ (20:05:09 PM): oh plz ur not ugly
tnmaster_2007 (20:05:09 PM): ok and??
▓▓▓▓▓▓ (20:05:42 PM): i told her yes
tnmaster_2007 (20:06:04 PM): and what did she have to say about that?
▓▓▓▓▓▓ (20:06:14 PM): she just got a smile on her face when i told her yes
tnmaster_2007 (20:06:23 PM): ok
tnmaster_2007 (20:06:49 PM): that is better lighting than at the office, eh?
▓▓▓▓▓▓ (20:07:28 PM): yes it is
tnmaster_2007 (20:07:50 PM): did either of them want to9 see what i look like?
▓▓▓▓▓▓ (20:07:55 PM): yes
▓▓▓▓▓▓ (20:08:01 PM): can i show them right now
tnmaster_2007 (20:08:13 PM): sure.
▓▓▓▓▓▓ (20:08:34 PM): they are watching
tnmaster_2007 (20:08:56 PM): hello ▓▓▓▓▓▓
▓▓▓▓▓▓ (20:09:05 PM): she says hi
tnmaster_2007 (20:09:06 PM): hello ▓▓▓▓▓▓
▓▓▓▓▓▓ (20:09:11 PM): he says hi back
tnmaster_2007 (20:09:15 PM): ok
▓▓▓▓▓▓ (20:09:35 PM): ▓▓▓▓▓▓ likes your beard
▓▓▓▓▓▓ (20:09:50 PM): he says it reminds him of santa's beard  lol
tnmaster_2007 (20:09:51 PM): soo what do you guy7s think about maybe living in Tennessee?

▓▓▓▓▓▓▓▓▓▓ (20:10:05 PM): they like the idea of it
tnmaster_2007 (20:10:06 PM): ho ho ho!!!:)
tnmaster_2007 (20:10:34 PM): ok
tnmaster_2007 (20:11:01 PM): i hope you folks like (don't mind living in the country.
▓▓▓▓▓▓▓ (20:11:02 PM): they cant wait to meet u
tnmaster_2007 (20:11:41 PM): did you show them pics of the deck and stuff?
▓▓▓▓▓▓▓▓ (20:11:51 PM): yes...they liked the country look
tnmaster_2007 (20:11:59 PM): ok
tnmaster_2007 (20:12:05 PM): well in our county
tnmaster_2007 (20:12:10 PM): not just the town
▓▓▓▓▓▓▓▓ (20:12:37 PM): nice
tnmaster_2007 (20:12:41 PM): but in the entire county there are only two stop:)lights!~
▓▓▓▓▓▓ (20:12:51 PM): wow that is nice
tnmaster_2007 (20:13:08 PM): only about 6500 people in the county.
▓▓▓▓▓▓▓▓ (20:13:25 PM): how far away is the biggest city for me for marketing
tnmaster_2007 (20:13:52 PM): nashville is the nearest big city and is about 80 miles
▓▓▓▓▓▓▓▓ (20:14:05 PM): not to bad to drive to like maybe once a week
▓▓▓▓▓▓▓▓ (20:14:11 PM): most work out of house
tnmaster_2007 (20:14:19 PM): depending on what side of town can get there in about hour or hour and half drivi9ng time
▓▓▓▓▓▓▓ (20:14:26 PM): not bad at all
tnmaster_2007 (20:14:32 PM): interstate 40 most of the way
▓▓▓▓▓▓▓ (20:14:37 PM): nice
tnmaster_2007 (20:14:50 PM): Jackson is about 50 or 60 miles west of us.
▓▓▓▓▓▓▓▓ (20:14:58 PM): ok good
tnmaster_2007 (20:15:00 PM): google Perry County
tnmaster_2007 (20:15:05 PM): and Linden
▓▓▓▓▓▓ (20:15:06 PM): k hang on
tnmaster_2007 (20:15:26 PM): that should give you some idea of where things are generally.
▓▓▓▓▓▓ (20:15:33 PM): i feel silly but i never did get your name
▓▓▓▓▓▓ (20:16:05 PM): very nice
▓▓▓▓▓▓ (20:16:20 PM): they will love the outdoors
tnmaster_2007 (20:16:27 PM): you promise you won't laugh when i tell you?????
▓▓▓▓▓▓▓ (20:16:35 PM): i promise...
tnmaster_2007 (20:16:49 PM): Bobby McGee just like the song!!*G*
▓▓▓▓▓▓▓ (20:16:57 PM): good name
tnmaster_2007 (20:17:04 PM): well i think so
tnmaster_2007 (20:17:19 PM): i have had it for 51 years now and am kinda used to it!!
tnmaster_2007 (20:17:50 PM): don't have any plans to change it!!!lol
▓▓▓▓▓▓▓ (20:17:31 PM): lol
▓▓▓▓▓▓▓ (20:17:35 PM): that is funny
tnmaster_2007 (20:18:14 PM): well another thing you will learn about me is that i can't go through life wihtout any humor
▓▓▓▓▓▓▓ (20:18:26 PM): me either...u have to laugh
tnmaster_2007 (20:18:32 PM): i like to see piecle smile too!!:)
▓▓▓▓▓▓ (20:18:45 PM): :)
tnmaster_2007 (20:18:55 PM): and i tend to see the absurdities in life and the human condition
▓▓▓▓▓▓▓ (20:19:07 PM): me 2
tnmaster_2007 (20:19:14 PM): and am not too egotistical to caugh at myself from time to time
tnmaster_2007 (20:19:28 PM): when i do or say stupid, idiotic things!!lol
tnmaster_2007 (20:19:55 PM): is ▓▓▓▓▓ still htere?
▓▓▓▓▓▓▓ (20:19:58 PM): no
▓▓▓▓▓▓▓ (20:20:03 PM): went to play the wii game
tnmaster_2007 (20:20:05 PM): ok how about ▓▓▓▓▓?
▓▓▓▓▓▓▓ (20:20:45 PM): she went to watch tv
tnmaster_2007 (20:20:55 PM): np

tnmaster_2007 (20:21:49 PM): was going to tweell them that i don't think the
school ha has a soccor team but they have basketball, softball and baseball and
foot ball
▓▓▓▓▓▓ (20:22:14 PM): that is good enough
tnmaster_2007 (20:23:29 PM): do any of you like fishing?
▓▓▓▓▓▓▓▓ (20:23:59 PM): ▓▓▓▓▓ and i do
▓▓▓▓▓▓▓▓ (20:24:04 PM): not so much ▓▓▓▓▓▓▓
tnmaster_2007 (20:24:15 PM): ok
▓▓▓▓▓▓▓▓ (20:24:26 PM): we all like boats though
tnmaster_2007 (20:24:35 PM): what activities doe she enjoy?
▓▓▓▓▓▓▓ (20:24:48 PM): she likes to roller skate
▓▓▓▓▓▓▓ (20:25:28 PM): she also likes the movies and hanging out at the
mall...
tnmaster_2007 (20:25:36 PM): hmmm! there is a skating rink in the next county
over(Lewis county) and is about 20 miles or so
▓▓▓▓▓▓▓ (20:25:45 PM): not bad
tnmaster_2007 (20:25:47 PM): that is the closexst that i can think of.
tnmaster_2007 (20:26:01 PM): lol
tnmaster_2007 (20:26:14 PM): well there are no malls in Perry County
▓▓▓▓▓▓▓▓ (20:26:15 PM): that is close enough
▓▓▓▓▓▓▓ (20:26:20 PM): movies?
tnmaster_2007 (20:26:45 PM): got a super walmart in all the surrounding
counties except Wayne County
tnmaster_2007 (20:27:24 PM): movie theater in Waverly about 40 miles
tnmaster_2007 (20:27:31 PM): columbia about 60
▓▓▓▓▓▓▓ (20:27:31 PM): ok
▓▓▓▓▓▓▓ (20:27:36 PM): she can adjust
tnmaster_2007 (20:27:39 PM): Jackson about 60
▓▓▓▓▓▓▓ (20:27:43 PM): dvd's lol
tnmaster_2007 (20:28:01 PM): yep
tnmaster_2007 (20:28:25 PM): now we have a couple of places to rent
movies/dvd's in the County.
▓▓▓▓▓▓▓ (20:28:32 PM): that is good
tnmaster_2007 (20:29:20 PM): I think it wold be fun once in a while for us all
to go to the Movies
▓▓▓▓▓▓▓ (20:29:32 PM): yes it would
tnmaster_2007 (20:29:41 PM): i like Movies but just don'ty get excited about
going by myself!
▓▓▓▓▓▓▓ (20:29:49 PM): i know what u mean
▓▓▓▓▓▓▓ (20:29:57 PM): nice to have adult company some 1
tnmaster_2007 (20:30:05 PM): :D
▓▓▓▓▓▓▓ (20:31:02 PM): :-)
▓▓▓▓▓▓▓ (20:31:06 PM): :">
tnmaster_2007 (20:31:38 PM): sooo did you find any pics to load in the comp?
▓▓▓▓▓▓▓ (20:31:58 PM): not yet not much chance...we just moved and some
stuff still in voxes
▓▓▓▓▓▓▓ (20:32:02 PM): boxes
tnmaster_2007 (20:32:06 PM): lol
tnmaster_2007 (20:32:10 PM): i see.
tnmaster_2007 (20:32:30 PM): soo what are you thinking right now?
▓▓▓▓▓▓▓ (20:32:34 PM): i would prob loose my deposit here or breaking my
lease but it would b worth it
tnmaster_2007 (20:32:42 PM): lol told you that you would hear that a
lot!!!!lol
▓▓▓▓▓▓▓ (20:32:44 PM): just late nights by the river
▓▓▓▓▓▓▓ (20:32:53 PM): lol
▓▓▓▓▓▓▓ (20:33:01 PM): with u of course
tnmaster_2007 (20:33:18 PM): me and the frogs and crickets?!!!!lol
▓▓▓▓▓▓▓ (20:33:22 PM): yes
▓▓▓▓▓▓▓ (20:33:39 PM): u have lightning bugs there?
tnmaster_2007 (20:33:58 PM): hmmm! let me show you some pics of the Buffalo
River.
tnmaster_2007 (20:34:04 PM): if i can find them.

tnmaster_2007 (20:34:18 PM):   hold on yes we have lightening bugs
▓▓▓▓▓▓▓▓ (20:34:22 PM): i saw it on the county chamber site when i googled
it...beautiful
▓▓▓▓▓▓ (20:34:27 PM): nice
tnmaster_2007 (20:34:36 PM): oh ok
tnmaster_2007 (20:34:47 PM):  did you also see the Tennessee River?
▓▓▓▓▓▓▓▓ (20:34:51 PM): no
▓▓▓▓▓▓▓▓ (20:34:57 PM): both r there?
tnmaster_2007 (20:35:11 PM): well the tennessee River is the western Border of
our county
▓▓▓▓▓▓▓▓ (20:35:16 PM): wow
tnmaster_2007 (20:35:36 PM):  and the Buffalo River runs north and south almost
in the middle of the county.
▓▓▓▓▓▓ (20:35:43 PM): that is nice
tnmaster_2007 (20:35:55 PM):  let me look for some tennessee River pics.
tnmaster_2007 (20:35:56 PM):  brb
▓▓▓▓▓▓▓▓ (20:36:10 PM): k
tnmaster_2007 (20:38:05 PM):  i am going to close the cam because sometimes
trying to run it and use photo sharing drives the computer crazy!!!
tnmaster_2007 (20:38:07 PM):  lol
▓▓▓▓▓▓ (20:39:08 PM): ok
tnmaster_2007 (20:39:46 PM):  i took these on labor day 2006 from my pontoon
boat.
▓▓▓▓▓▓ (20:40:28 PM): very nice...i love it already!!!!
tnmaster_2007 (20:40:46 PM): :D
▓▓▓▓▓▓ (20:41:29 PM): we all cant wait
tnmaster_2007 (20:41:59 PM): :D
tnmaster_2007 (20:43:02 PM): this is a pic of downtown Linden
▓▓▓▓▓▓ (20:43:18 PM): k
tnmaster_2007 (20:43:32 PM):  the big building on the left is the old bank
▓▓▓▓▓▓ (20:44:25 PM): i cant wait to come up there
tnmaster_2007 (20:44:39 PM):  did i bore you with the pics?
tnmaster_2007 (20:44:53 PM):  you shut down photo sharing!
▓▓▓▓▓▓ (20:45:05 PM): nope  i closed the pics after looking at the water
and saved them didnt know u would send more
▓▓▓▓▓▓ (20:45:06 PM): sorry
tnmaster_2007 (20:45:13 PM): lol
▓▓▓▓▓▓ (20:45:16 PM): tried to open to view
tnmaster_2007 (20:45:22 PM):  i got a lot of pics.
▓▓▓▓▓▓ (20:45:32 PM): you can take pics of us ?
tnmaster_2007 (20:45:33 PM):  if you aren't bored will show you some more.
▓▓▓▓▓▓ (20:45:41 PM): no
tnmaster_2007 (20:46:33 PM):  these are pics of the Buffalo River at the mouth
of Short Creek
tnmaster_2007 (20:46:52 PM):  it is about 3/4 of a mile from where i live
tnmaster_2007 (20:47:07 PM):  a short 4 wheeler ride.
▓▓▓▓▓▓ (20:47:08 PM): that is so nice
▓▓▓▓▓▓ (20:47:43 PM): that is so beautiful
▓▓▓▓▓▓ (20:48:49 PM): cant wait to see it
tnmaster_2007 (20:48:57 PM):  my father on his 89th birthday
tnmaster_2007 (20:49:04 PM):  he was 89
tnmaster_2007 (20:49:17 PM):  is now 92 and still going strong!!lol
▓▓▓▓▓▓ (20:49:21 PM): that is so nice
▓▓▓▓▓▓ (20:49:25 PM): he live there 2
tnmaster_2007 (20:49:26 PM):  i made that coconut cake for him!
▓▓▓▓▓▓ (20:49:38 PM): good son
▓▓▓▓▓▓ (20:49:44 PM): i can make him cakes ?
tnmaster_2007 (20:49:46 PM): lives about half a mile from where i live.
▓▓▓▓▓▓ (20:50:30 PM): that is good
▓▓▓▓▓▓ (20:50:36 PM): nice 2 be close 2 family
▓▓▓▓▓▓ (20:50:46 PM): how would your kids feel about us
▓▓▓▓▓▓ (20:51:03 PM): i hope they would like us
tnmaster_2007 (20:51:29 PM):  thid is daddy xmes 2006

tnmaster_2007 (20:51:48 PM): well i hope they will like you all as well

▓▓▓▓▓▓▓▓ (20:51:51 PM): aaawwww

tnmaster_2007 (20:52:06 PM): i believe they will accept you since i accept you

tnmaster_2007 (20:52:09 PM): same wiht Daddy

▓▓▓▓▓▓ (20:52:13 PM): good

tnmaster_2007 (20:52:28 PM): but they will be protective of me.

▓▓▓▓▓▓▓▓ (20:52:35 PM): i would hope they would be

tnmaster_2007 (20:52:41 PM): just as your chiildren wilo be protective of you.

▓▓▓▓▓▓▓▓ (20:52:46 PM): true

tnmaster_2007 (20:53:27 PM): they will not know the full extent of the relationship with you unless they ask

▓▓▓▓▓▓ (20:53:36 PM): ok\

tnmaster_2007 (20:54:13 PM): and they would not understand and or approve af any sexual relationship between your children and I or your children and you.

▓▓▓▓▓▓▓ (20:54:25 PM): that is our seceret

▓▓▓▓▓▓▓ (20:54:26 PM): secret

tnmaster_2007 (20:54:30 PM): yes

▓▓▓▓▓▓▓▓ (20:54:55 PM): that is a close family matter only !!!

tnmaster_2007 (20:55:42 PM): correct.

tnmaster_2007 (20:56:34 PM): this is myself and Blair(my youngest) then Daddy and then Brooke the oldest november 2006

▓▓▓▓▓▓ (20:56:56 PM): nice family

tnmaster 2007 (20:57:05 PM): ty

▓▓▓▓▓▓ (20:58:30 PM): both in college?

tnmaster_2007 (20:58:46 PM): this is night pic taken from front deck.

tnmaster_2007 (20:58:59 PM): the lights you see are from the town of aaLinden

tnmaster 2007 (20:59:05 PM): oldest is Married

▓▓▓▓▓▓▓▓ (20:59:03 PM): i cant wait

tnmaster_2007 (20:59:18 PM): youngest is a Junior in college this year

▓▓▓▓▓▓ (20:59:23 PM): cool

tnmaster_2007 (20:59:26 PM): both living in Cookeville

tnmaster_2007 (21:00:04 PM): oldest got her Masters last year and is working in the learning Resource Center at tennessee Tech University.

▓▓▓▓▓▓ (21:00:15 PM): very good

tnmaster_2007 (21:00:40 PM): Blair finally decided this fall what career she wishes to persue

▓▓▓▓▓▓▓ (21:00:47 PM): what field?

tnmaster 2007 (21:00:50 PM): is going to be a pharmacist!!!

▓▓▓▓▓▓▓ (21:00:56 PM): good field

tnmaster_2007 (21:01:04 PM): dang right

tnmaster_2007 (21:01:38 PM): maybe i can get her to mix up some magic pills for her tired old fathers dysfunctional dick!!!!lol

▓▓▓▓▓▓ (21:01:50 PM): lol...

▓▓▓▓▓▓ (21:03:32 PM): u still ther

▓▓▓▓▓▓ (21:03:35 PM): there'

tnmaster 2007 (21:03:55 PM): yes

▓▓▓▓▓▓▓▓ (21:04:17 PM): i have to get the kids ready for bed and tucked in...r u gonna b on for awhile?

tnmaster_2007 (21:04:25 PM): these next pics are of daddy's rosebush

tnmaster_2007 (21:04:38 PM): oh yes

tnmaster_2007 (21:04:54 PM): will bore you wiht the flower pics after you get back on line.

tnmaster_2007 (21:05:03 PM): tell them i said good night.

▓▓▓▓▓▓ (21:05:04 PM): pretty flower....be back in bout 15 mins or so

▓▓▓▓▓▓ (21:05:06 PM): i will

▓▓▓▓▓▓ (21:31:58 PM): im back

▓▓▓▓▓▓ (21:32:05 PM): they r all in bed falling alseep

tnmaster 2007 (21:32:05 PM): wb

▓▓▓▓▓▓ (21:32:09 PM): ty

tnmaster 2007 (21:32:30 PM):

▓▓▓▓▓▓ (21:32:39 PM): yes we should

▓▓▓▓▓▓ (21:32:45 PM): if u were only here

tnmaster_2007 (21:32:51 PM): well at least in bed if not actually falling asleep!!! yet!!!lol

(21:32:56 PM): true

tnmaster_2007 (21:33:25 PM): did you want to save any of these pics?

(21:33:32 PM): i already did

tnmaster_2007 (21:33:36 PM): ok

tnmaster_2007 (21:33:48 PM): going to delete thme and put up others.

(21:33:51 PM): ok

tnmaster_2007 (21:36:02 PM): all of thes roses are on the same bush with them having different colors!!!

(21:37:23 PM): that is awesome

tnmaster_2007 (21:38:07 PM): this is the azalea bush right next to the rosebush.

tnmaster_2007 (21:38:41 PM): here you can see the twoo side by side.

tnmaster_2007 (21:39:31 PM): as you can see i enjoy taking photoslol

(21:39:40 PM): your dad is good with flowers

(21:39:46 PM): i see that

tnmaster_2007 (21:39:53 PM): am looking forward to taking som eof you!!!;):D

(21:40:33 PM): me 2

(21:40:42 PM): ;}

tnmaster_2007 (21:40:50 PM): i don't remember if i asked before.. is your pussy saved/waxed?

(21:41:06 PM): O;-}

tnmaster_2007 (21:41:07 PM): *shaved..

(21:41:27 PM): shaved with a small lil strip

(21:41:29 PM): is that ok

tnmaster_2007 (21:41:34 PM):

tnmaster_2007 (21:41:52 PM): well i haven't seen it yet lol

(21:42:00 PM): lol

tnmaster_2007 (21:42:02 PM): so can't say entitrely.

(21:42:15 PM): u can let me know then

tnmaster_2007 (21:42:41 PM): do not worry about htat, i will definitely let you know

(21:42:48 PM): k :-}

tnmaster_2007 (21:42:57 PM): generally i like bald smooth pussies

(21:43:05 PM): i can do that

tnmaster_2007 (21:43:18 PM): but have encountered a few that wwer quite nice in the way they were trimmen.

(21:43:26 PM): cool

tnmaster_2007 (21:43:48 PM): do not shave or wax it completely bald until you are told to do so.

(21:43:53 PM): k

tnmaster_2007 (21:44:10 PM): hmmm!

tnmaster_2007 (21:44:33 PM): does having your ass spanked bring excitement to you?

(21:44:41 PM): yes

(21:44:45 PM): just not to hard

tnmaster_2007 (21:44:57 PM): btw am going to close pic sharing if you have saved all that you want.

(21:45:03 PM): ok

tnmaster_2007 (21:45:28 PM): i see.

tnmaster_2007 (21:45:38 PM): well you will have a safeword.

(21:45:44 PM): k

tnmaster_2007 (21:45:47 PM): and it will be respected.

tnmaster_2007 (21:45:50 PM): understand?

(21:45:51 PM): cool

tnmaster_2007 (21:46:40 PM): can you cum while sucking a dick?

(21:46:41 PM): yes

tnmaster_2007 (21:46:54 PM): when you cum do you gush or squirt?

(21:47:02 PM): i have a couple times but little hard that way

(21:47:08 PM): more of a gush

tnmaster_2007 (21:47:20 PM): hard?

tnmaster_2007 (21:47:26 PM): what is hared cumming while sucking dick?

███████████ (21:47:41 PM): hard for me to come while sucking dick
tnmaster_2007 (21:47:46 PM): i see.
tnmaster_2007 (21:48:07 PM): well perhaps you need more training!!!lol;)
███████████ (21:48:11 PM): lol
███████████ (21:48:14 PM): maybe
tnmaster_2007 (21:48:20 PM): can you cum on voice command?
███████████ (21:48:25 PM): never have
tnmaster_2007 (21:48:43 PM): hmmm! what do you think of the concept?
███████████ (21:48:50 PM): we can try it
tnmaster_2007 (21:48:58 PM):
tnmaster_2007 (21:49:24 PM): soo how does verbal humiliation affect you?
███████████ (21:49:31 PM): i can go with it
tnmaster_2007 (21:49:32 PM): being called names?
███████████ (21:49:52 PM): thats ok 2
tnmaster_2007 (21:50:09 PM): what is the most erotic thing you have done?
tnmaster_2007 (21:50:23 PM): the thing which really turned you on the most?
███████████ (21:51:03 PM): hhhhhhhhhhhmmmmmm....thinking
tnmaster_2007 (21:51:09 PM): ok
tnmaster_2007 (21:51:13 PM): take your time.
███████████ (21:51:22 PM): prob exhibitionist sex
███████████ (21:51:31 PM): i like for others to watch
tnmaster_2007 (21:51:52 PM): describe what kind of exhibitionism etc.
███████████ (21:52:15 PM): my ex and i had sex right on a nude beach in front of other people
tnmaster_2007 (21:52:23 PM):
tnmaster_2007 (21:52:35 PM): did he ever share you?
███████████ (21:52:40 PM): no
tnmaster_2007 (21:52:50 PM): or have you perform specifically for others?
███████████ (21:53:00 PM): very possessive
███████████ (21:53:04 PM): no
tnmaster_2007 (21:53:12 PM): hmmm!
tnmaster_2007 (21:53:35 PM): well i will not want to hide you under a bushel!!!lol
███████████ (21:53:37 PM): he didnt mind others watching though
███████████ (21:53:42 PM): lol tks
tnmaster_2007 (21:54:04 PM): will want to let your beauty and talents be admired!;)
███████████ (21:54:14 PM): ty
tnmaster_2007 (21:55:00 PM): have you ever been brought to orgasm by being talked to wi9thout having your tits or pussy touched?
███████████ (21:55:10 PM): no
tnmaster_2007 (21:55:20 PM): would you like to?!!lol
███████████ (21:55:37 PM): i willing to try
███████████ (21:55:41 PM): u r the master
tnmaster_2007 (21:56:06 PM): the mind is the largest and most erogonus sex organ in the body you know!!!??:D
███████████ (21:56:18 PM): k
tnmaster_2007 (21:57:05 PM): btw it can be done!!!!:D
███████████ (21:57:37 PM): definitely like 2 try
tnmaster_2007 (21:57:45 PM): good!
tnmaster_2007 (21:57:51 PM): cause we will try
███████████ (21:58:02 PM): k  :-)
tnmaster_2007 (21:58:06 PM): may have to practice a few times!!! tee hee
███████████ (21:58:19 PM): practice makes perfect  lol
tnmaster_2007 (21:58:24 PM): but that (practice) can be fun too!!!lol
███████████ (21:58:45 PM): i agree
tnmaster_2007 (21:59:53 PM): i would like to train you to be able to have control of your inner pussy muscles so that you can dance while holding vibrator or dildo in your pussy!:D
tnmaster_2007 (22:00:37 PM): hope to train you also to be able to sit on a dick and with out moving anything but your inner pussy muscles milk the cum from a dick!
tnmaster_2007 (22:01:04 PM): what do you think of that idea?

(22:01:11 PM): wow
(22:01:24 PM): fun
tnmaster_2007 (22:01:42 PM): ;)
tnmaster_2007 (22:01:58 PM): do you have any piercings?
(22:02:05 PM): no
(22:02:07 PM): just ears
tnmaster_2007 (22:02:08 PM): ok
tnmaster_2007 (22:02:11 PM): tatoos?
(22:02:30 PM): nope
tnmaster_2007 (22:02:36 PM): good
tnmaster_2007 (22:03:10 PM): maybe later on down the line consider nipple rings and clit ring.
(22:03:27 PM): maybe
tnmaster_2007 (22:03:31 PM): but those are things that we will make decisions about later.
(22:03:39 PM): k
tnmaster_2007 (22:03:51 PM): i am not a real fqn of tatoos
(22:04:19 PM): me either
(22:04:23 PM): marked for life
tnmaster_2007 (22:04:28 PM): but again perhaps later something small and tasteful i have no piercings nor do i have any tatoos.
tnmaster_2007 (22:05:28 PM): i am not a Sadist
tnmaster_2007 (22:05:34 PM): i am a hedonist.
(22:06:04 PM): i like that
tnmaster_2007 (22:06:09 PM): however i recognize that some pain can induce pleasure.
tnmaster_2007 (22:06:40 PM): again we will have to learn what if any of those things help to induce your orgasms
tnmaster_2007 (22:06:50 PM): i.e learn what your triggers are.
(22:06:56 PM): true
tnmaster_2007 (22:07:22 PM): ok here it comes again
tnmaster_2007 (22:07:23 PM): lol
tnmaster_2007 (22:07:28 PM): what are you thinking now?
(22:07:40 PM): laying next to u
tnmaster_2007 (22:07:56 PM): :)
tnmaster_2007 (22:08:06 PM): don't stop now!!!lol
(22:08:20 PM): mmm
(22:08:25 PM): just curled up nexct 2 u
tnmaster_2007 (22:08:38 PM): a pleasant thought.
(22:08:54 PM): yes
(22:09:01 PM): cant wait
tnmaster_2007 (22:09:26 PM): your back to me sc i can reach your breasts and play wiht them!*G*
(22:09:35 PM): yes
tnmaster_2007 (22:10:12 PM): and perhaps (          ) with her back next to you so that i can fondle each of you!*G*
tnmaster_2007 (22:10:44 PM): and you can rock and caress her also.
(22:10:45 PM): that sounds nice i
tnmaster_2007 (22:11:41 PM): did you and ex ever sleep with her like that?
(22:11:51 PM): yes
tnmaster_2007 (22:12:00 PM): :D
tnmaster_2007 (22:13:10 PM): did you enjoy touching and caressing her when she was naked?
(22:13:33 PM): at first kinda strange but she liked and then so did i
tnmaster_2007 (22:13:46 PM):
tnmaster_2007 (22:14:06 PM): and do you enjoy having her touch and caress you?
(22:14:28 PM): yes
tnmaster_2007 (22:15:06 PM): does (          ) touch and caress you and you touch and caress him while you and he are naked?
(22:15:52 PM): not really...he has watched...and my ex would give him baths and wash him

tnmaster_2007 (22:16:30 PM): well i think iw woul dbe good for him to be
touched and carressed as well
tnmaster_2007 (22:16:45 PM): especially by you and or ███████.
███████ (22:17:47 PM): i think u r right
tnmaster_2007 (22:17:49 PM): what are your thoughtw on trhat?
███████ (22:17:51 PM): yes
tnmaster_2007 (22:17:56 PM): oh i see now.
tnmaster_2007 (22:17:57 PM): ok
tnmaster_2007 (22:18:35 PM): when was the last time you were naked and sexual
wiht ███████?
███████ (22:18:54 PM): sexual has been a lil bit
tnmaster_2007 (22:19:22 PM): aany time after divorce or husbands arrest?
███████ (22:19:22 PM): naked is common
███████ (22:20:13 PM): not really
███████ (22:20:20 PM): just the naked
tnmaster_2007 (22:20:32 PM): why haven't you?
███████ (22:20:43 PM): brb gotta pee
tnmaster_2007 (22:20:55 PM): ther is no reason that you couldn't or shouldn't,
you know?
tnmaster_2007 (22:21:02 PM): ok
███████ (22:22:29 PM): back
tnmaster_2007 (22:22:34 PM): wb
███████ (22:22:42 PM): just like having man around when we do
tnmaster_2007 (22:23:46 PM): i see.
tnmaster_2007 (22:24:30 PM):
tnmaster_2007 (22:24:33 PM): me!
tnmaster_2007 (22:24:35 PM): me!
tnmaster_2007 (22:24:41 PM): i want to play!!!!lol
███████ (22:24:58 PM): me 2
tnmaster_2007 (22:26:26 PM): i suppose you know that you ar e causing my heart
rate to increase here!!!lolo
███████ (22:26:38 PM): lol  ty
tnmaster_2007 (22:27:59 PM):
███████ (22:28:15 PM): me 2
███████ (22:28:19 PM): it would b nice
tnmaster_2007 (22:28:20 PM): sooo lets discuss some of th e logistics of that,
ok?
███████ (22:28:24 PM): ok
tnmaster_2007 (22:28:47 PM): i am assuming that both of the children are in
school, yes?
███████ (22:28:50 PM): yes
tnmaster_2007 (22:29:21 PM): see it seems to me that ideally i shluld be there
on a weekend. yes?
███████ (22:29:27 PM): yes
tnmaster_2007 (22:30:11 PM): do either of them have an school related activites
that are scheduled for any weekend?
███████ (22:30:23 PM): just ███████ with soccer on saturday mornings
tnmaster_2007 (22:30:37 PM): ok
███████ (22:30:48 PM): games only last bout an hour
tnmaster_2007 (22:30:55 PM): i see.
tnmaster_2007 (22:31:17 PM): well if i left here jon a friday afternoon
███████ (22:31:28 PM): that would be good
tnmaster_2007 (22:31:47 PM): that would put me in tallahassee late friday
night (the early hours of Saturday morning.
███████ (22:31:54 PM): perfect
███████ (22:32:03 PM): wake up with the kids in the morning
tnmaster_2007 (22:32:20 PM): would men waking you up !!!lol
███████ (22:32:32 PM): you lol
tnmaster_2007 (22:23:23 PM): do they have their own room(s) or do they sleep
with you?
███████ (22:33:28 PM): own rooms
tnmaster_2007 (22:33:33 PM): good

tnmaster_2007 (22:33:51 PM):  then i wouldn't be too intrusive on them initially.
⬛⬛⬛⬛⬛⬛ (22:34:01 PM): they will be fine
tnmaster_2007 (22:34:50 PM):  well sheesh they shouldn't be waked up in the middle of the night to meet some raggedy old bearded rascal!!lol
⬛⬛⬛⬛⬛⬛ (22:35:00 PM): ch stop u r cute
tnmaster_2007 (22:35:15 PM):  cute hunh
tnmaster_2007 (22:35:31 PM):  i have heard cute defined as 'bow legged'!!lol
⬛⬛⬛⬛⬛⬛ (22:35:37 PM): u r handsome
tnmaster_2007 (22:35:43 PM):  i am not bow legged!!!=))
⬛⬛⬛⬛⬛⬛ (22:35:43 PM): i told u like sean connery
⬛⬛⬛⬛⬛⬛ (22:36:06 PM): =;
⬛⬛⬛⬛⬛⬛ (22:36:08 PM): lol
tnmaster_2007 (22:36:28 PM): well i do 'clean up' enough to be presentable!!!lol
⬛⬛⬛⬛⬛⬛ (22:36:37 PM): :-)
tnmaster_2007 (22:37:11 PM):  sooo what is the usual saturday morning routine for you guys?
⬛⬛⬛⬛⬛⬛ (22:37:47 PM): wake up and go watch ⬛⬛⬛⬛ paly soccer.
tnmaster_2007 (22:38:40 PM): i mean do they come into your room and wake you or do you have to roust them out of the bed?
⬛⬛⬛⬛⬛⬛ (22:38:46 PM): come into the room
tnmaster_2007 (22:39:01 PM):
⬛⬛⬛⬛⬛⬛ (22:39:37 PM): :-)
tnmaster_2007 (22:39:38 PM):  wel it will be interesting tc see their reaction to seeing you and i in bed together!!*G*
tnmaster_2007 (22:39:57 PM):  i am assuming you will tellc them the night before that i am coming, yes?
⬛⬛⬛⬛⬛⬛ (22:40:03 PM): oh yes
tnmaster_2007 (22:40:09 PM): ok
tnmaster_2007 (22:40:28 PM):  :D
⬛⬛⬛⬛⬛⬛ (22:40:33 PM): :-*
tnmaster_2007 (22:40:43 PM): soo what will you tell thme?
⬛⬛⬛⬛⬛⬛ (22:41:09 PM): :: r coming to visit and see how we all get along to be possibly be a family
tnmaster_2007 (22:42:42 PM):  :D
tnmaster_2007 (22:42:52 PM): ok
tnmaster_2007 (22:42:58 PM):  sounds good.
⬛⬛⬛⬛⬛⬛ (22:43:08 PM): it will be a fun weekend
tnmaster_2007 (22:43:25 PM):  well it will for me!!lol
tnmaster_2007 (22:43:34 PM):  and i hope for all of you.
⬛⬛⬛⬛⬛⬛ (22:44:15 PM): ch yes
⬛⬛⬛⬛⬛⬛ (22:44:56 PM): the kids will enjoy the weekend z
tnmaster_2007 (22:45:13 PM):  well i hope so
⬛⬛⬛⬛⬛⬛ (22:45:27 PM): :-
tnmaster_2007 (22:45:46 PM):  i want to see pics of you and them soon. ok
⬛⬛⬛⬛⬛⬛ (22:45:51 PM): :
⬛⬛⬛⬛⬛⬛ (22:46:02 PM): when r u coming
tnmaster_2007 (22:46:19 PM):  do not know for sure
tnmaster_2007 (22:46:33 PM):  probably within next two weeks
⬛⬛⬛⬛⬛⬛ (22:46:34 PM): k u have me excited so i was hoping very soon
tnmaster_2007 (22:46:45 PM):  have to look at my work schedule
⬛⬛⬛⬛⬛⬛ (22:46:49 PM): k
tnmaster_2007 (22:47:08 PM):  and see what if any trials are coming up.
tnmaster_2007 (22:47:34 PM):  will know more when i get to cffice tomorrow.
⬛⬛⬛⬛⬛⬛ (22:47:44 PM): k...i cant wait baby
tnmaster_2007 (22:48:32 PM):  :D
tnmaster_2007 (22:49:03 PM): btw i don't know if i told you, but i like to control your orgasms
⬛⬛⬛⬛⬛⬛ (22:49:14 PM): that is ok
tnmaster_2007 (22:49:27 PM):  i will want you to ask permission and get it before you are allowed to cum.
tnmaster_2007 (22:49:31 PM):  understand?

████████████ (22:49:33 PM): k
tnmaster_2007 (22:50:24 PM): soo what was hubby arrested for and how long will he be in jail?
████████████ (22:50:46 PM): federal tax evasion and money laundering....
████████████ (22:51:04 PM): he is in a federal prison in alabama
tnmaster_2007 (22:51:12 PM): ok
████████████ (22:51:13 PM): het got 15 years
tnmaster_2007 (22:51:29 PM): what is his length of sentence?
tnmaster_2007 (22:51:37 PM): i see.
████████████ (22:52:02 PM): is that normal?
tnmaster_2007 (22:52:02 PM): well i assume he will want to have visitation with his children.
tnmaster_2007 (22:52:17 PM): what arrangements for that were made in the divorce?
████████████ (22:52:21 PM): they will be over 18 by then
tnmaster_2007 (22:52:45 PM): well he probably won't have to serve the entire 15
████████████ (22:52:48 PM): none
tnmaster_2007 (22:53:13 PM): he may get credit for good behavior etc and be paroled before he has to serve the entire 15 years
████████████ (22:53:22 PM): that sucks
tnmaster_2007 (22:53:27 PM): unless he was sentenced to serve day for day.
████████████ (22:53:59 PM): the divorce atty said the kids we be over 18 when gets out
tnmaster_2007 (22:54:02 PM): does he have any contact wiht them now?
████████████ (22:54:09 PM): no
tnmaster_2007 (22:54:11 PM): letters, cards, phone calls?
████████████ (22:54:16 PM): letters
████████████ (22:54:23 PM): but that is it
tnmaster_2007 (22:54:30 PM): ok
tnmaster_2007 (22:57:13 PM): when he finds that you are living wiht another man in another state , what do you think his reaction will be?
████████████ (22:57:28 PM): i dont think he will care
tnmaster_2007 (22:57:42 PM): oh?
████████████ (22:57:47 PM): he told me i needed to move on and not wait
tnmaster_2007 (22:57:58 PM): i see.
tnmaster_2007 (22:58:09 PM): hmmmm!!!
tnmaster_2007 (22:58:45 PM): how do the children feel about their Dad being in prison?
tnmaster_2007 (22:58:57 PM): do trhey ever ask to visit wiht him?
████████████ (22:59:03 PM): they were upset at first but they have adjusted
████████████ (22:59:09 PM): no
████████████ (22:59:30 PM): they are scared of jails
tnmaster_2007 (22:59:40 PM): ok
tnmaster_2007 (23:00:30 PM): well they still have feeling s for him i would guss
tnmaster_2007 (23:00:54 PM): and i don't think it would be a good idea to try to alienate them from their father.
████████████ (23:01:00 PM): yeah they do but they understand he wont be back for awhile....i offered to take them to the prison but ████████████ was scared
tnmaster_2007 (23:01:01 PM): not totally
████████████ (23:01:16 PM): they write letters back n forth
tnmaster_2007 (23:01:32 PM): while i think it would not be the best idea to 'push' them to visit or communicate wiht him
████████████ (23:01:49 PM): thats what i think...time will tell
tnmaster_2007 (23:01:52 PM): i think it wopuld be a bad idea to try to prevent them from communicating etc etc.
tnmaster_2007 (23:01:58 PM): what are your thoughts?
████████████ (23:02:26 PM): yes
████████████ (23:02:30 PM): i agree
████████████ (23:02:50 PM): let them decide in due time if they want to visit him
tnmaster_2007 (23:03:21 PM): ok what was his occupation/job before he was arrested?
████████████ (23:03:47 PM): he was a mortgage broker

tnmaster_2007 (23:03:54 PM): ok
████████ (23:04:15 PM): u know the real estate market here in florida and he
got caught up with the wrong people
tnmaster_2007 (23:04:17 PM): wo was he laundrying money for?
tnmaster_2007 (23:04:28 PM): were they also prosecuted?
████████ (23:06:07 PM): not sure exactly...one was anthony rodriguez...he
would never tell me...
████████ (23:06:29 PM): anthony was...he is at coleman prison i think here in
florida
tnmaster_2007 (23:06:38 PM): ok
tnmaster_2007 (23:07:11 PM): i am assuming the money being laundried was drug
money.
tnmaster_2007 (23:07:14 PM):  correct?
████████ (23:07:19 PM): u r good
████████ (23:08:03 PM): have u worked those cases before
tnmaster_2007 (23:08:11 PM): no
████████ (23:08:40 PM): the court attorney they had said it is hard to fight
the fed govt
tnmaster_2007 (23:09:02 PM):  especially if the feds have the 'goods'
████████ (23:09:22 PM): i guess so
████████ (23:10:17 PM): im getting sleepy baby
tnmaster_2007 (23:10:27 PM): i see
████████ (23:10:51 PM): will you chat with me tomorrow
tnmaster_2007 (23:10:58 PM):  ok
████████ (23:11:12 PM): look at ur schedule and try and come...maybe this
friday if i'm lucky
tnmaster_2007 (23:11:55 PM): :D
████████ (23:12:08 PM): >:D
tnmaster_2007 (23:12:40 PM): :-*>:D

```
· | IntellectualHeaven (R) Yahoo Message Archive Decoder |
    |    Copyright (c) http://www.intellectualheaven.com    |
    |    Developed by: Pankaj Garg. All Rights Reserved.    |
```

Decoded File: C:\Program
Files\Yahoo!\Messenger\Profiles\lmoney1973\Archive\Messages\tnmaster_2007\20071002-
(IIIIIIIIIIIIIII).dat

tnmaster_2007 (19:35:06 PM): hello
(IIIIIIIIIIIIII) (19:35:26 PM): hey
tnmaster_2007 (19:35:30 PM): how was your day?
(IIIIIIIIIIIIII) (19:35:40 PM): ok thought u were mad at me or something
tnmaster_2007 (19:35:46 PM): lol
tnmaster_2007 (19:35:51 PM): not that i know of!!
(IIIIIIIIIIIIII) (19:35:53 PM): :-)
(IIIIIIIIIIIIII) (19:35:56 PM): ok
tnmaster_2007 (19:35:59 PM): just been a busy day at the office
tnmaster_2007 (19:36:03 PM): i just got home.
(IIIIIIIIIIIIII) (19:36:11 PM): oh ok  long day baby
(IIIIIIIIIIIIII) (19:36:32 PM): if u were here i would have had dinner waiting for
you
tnmaster_2007 (19:36:36 PM): also i am having problems wiht the wireless
internet connection att he office and have not been able to stay fuklly
connected there all day
tnmaster_2007 (19:36:48 FM): but i don't have that problem here.
(IIIIIIIIIIIIII) (19:36:51 PM): oh ok
tnmaster_2007 (19:37:35 PM):
(IIIIIIIIIIIIII) (19:37:41 PM): lol
(IIIIIIIIIIIIII) (19:37:51 PM): did u miss me
tnmaster_2007 (19:37:55 PM): if i were there or you were here you could be
'dinner'!!lol
(IIIIIIIIIIIIII) (19:38:18 PM): i like the way u think...
tnmaster_2007 (19:38:22 PM): yes i have thought of you more than once today.
(IIIIIIIIIIIIII) (19:38:27 PM): sweet
(IIIIIIIIIIIIII) (19:38:28 PM): me 2
(IIIIIIIIIIIIII) (19:38:36 PM): my sesn conner?'
tnmaster_2007 (19:38:58 PM): well i am not so sure that you are going to be
liking everything i have been thinking about today.
(IIIIIIIIIIIIII) (19:39:03 PM): u must been busy busy today
tnmaster_2007 (19:39:07 PM): i am a bit paranoid i suppose.
(IIIIIIIIIIIIII) (19:39:17 PM): u might b surprised and i just might
(IIIIIIIIIIIIII) (19:39:24 PM): paranoid bout what
tnmaster_2007 (19:39:47 PM): but it struck me to day  that recently one of
your florida citizens who was a lawyer for the feds
tnmaster_2007 (19:40:09 PM): found himself in a bit of hotwater when he went
to Michigan for a meeting
tnmaster_2007 (19:40:22 PM): do you understand what i am referring to?
(IIIIIIIIIIIIII) (19:40:27 PM): that was all over the news here....can u believe it
tnmaster_2007 (19:40:46 PM): yes i can believe it
(IIIIIIIIIIIIII) (19:40:49 PM): he was about three hours from here in pensacola they
said
tnmaster_2007 (19:41:10 PM): and i have had the thought that i do not want to
wind up in a similar situation.
tnmaster_2007 (19:41:27 PM): I think you can appreciate my thinking on that,
can't you?
(IIIIIIIIIIIIII) (19:41:31 PM): i dont blame u and neither do i....that is why we
have 2 careful
tnmaster_2007 (19:41:40 PM): yes
(IIIIIIIIIIIIII) (19:41:43 PM): i have trust u as well
tnmaster_2007 (19:42:15 PM): and it seems to me that if you come here it is
lesx s likely that you are partr of some sting operation.
tnmaster_2007 (19:42:28 PM): i am going to ask you straight out ...
tnmaster_2007 (19:42:38 PM): are you a member of law enforcement?
(IIIIIIIIIIIIII) (19:42:51 PM): heck no

ATTACHMENT "13"

(19:43:04 PM): wait im a cop know stickem up
(19:43:16 PM): u have the right to remain silent and spreadem
tnmaster_2007 (19:43:30 PM): are ylu cooperating wiht any law enforcement
agency as relates to minors ane d pornographic activity?
(19:43:50 PM): no and i think u r being serious and dont trust me
(19:44:00 PM): how do i know u r not a cop
tnmaster_2007 (19:44:13 PM): both of us have to be serious.
(19:44:15 PM): what if i come there and u get me arrested and i'
loose my kids
tnmaster_2007 (19:44:38 PM): both of us have to be skeptical and do the best
to protect ouselves and our families.
(19:44:45 PM): i know u r right
tnmaster_2007 (19:45:17 PM): i suppose it is possible that i could be part of
a sort of reverse sting
tnmaster_2007 (19:45:39 PM): and you certainly have the right and maybe the
obligation ot inquire.
tnmaster_2007 (19:45:51 PM): i am not a police officer
tnmaster_2007 (19:46:01 PM): i am not an officer of the law
(19:46:10 PM): me either
tnmaster_2007 (19:46:32 PM): i am not working wiht any agency , either state
or federal in any kind of undercover or sting operation.
(19:46:39 PM): me either
(19:46:55 PM): i feel like im under a microscope and u dont trust me
tnmaster_2007 (19:47:11 PM): well we are both under microscopes
(19:47:17 PM): if it would make u feel better i will come there
tnmaster_2007 (19:47:23 PM): and both have a need to be cautious.
(19:47:32 PM): it is just so much harder for me with two young kids
to drive that far by myself with them
tnmaster_2007 (19:47:47 PM): i do not believe in my gut that you are not to be
trusted
tnmaster_2007 (19:48:03 PM): i d not believe in my gut that you are other than
you profess to be.
(19:48:04 PM): 9 and 11 to travel alone with is not easy a
(19:48:14 PM): but i will if that is what u want
tnmaster_2007 (19:49:18 PM): i would feel much better if you did.
tnmaster_2007 (19:50:08 PM): but that is goping to mean that yuour son is
going to miss a soccer game /practice if you leave on Friday afternoon
(19:50:09 PM): ok
(19:50:27 PM): i will talk to him tonigh and tell him he can go next
week
tnmaster_2007 (19:50:35 PM): i do not know who imoprtant that activity is to
him.
tnmaster_2007 (19:51:03 PM): and would not want him to feel that his
considerations and feelings are not being considered.
(19:51:50 PM): i will talk to him about it
tnmaster_2007 (19:51:58 PM): the other alternative is that you could leave
after his game on Saturday morning
(19:52:11 PM): i can u help me some with gas money?
tnmaster_2007 (19:52:52 PM): however that would give all of us less time to
become acquainted wiht each other befor e you had to leave to return so that
both the chi8ildren could be in school on monday
(19:53:21 PM): true
tnmaster_2007 (19:53:22 PM): yes it is only fair that i help defray some of
the gas expenses.
(19:53:36 PM): i would like to leave friday when they get out of
school
tnmaster_2007 (19:53:49 PM): save your receipts and we can find a way to
reimburse you for that.
(19:53:59 PM): ok i will
tnmaster_2007 (19:54:55 PM): i ask your indulgence and understanding in my
being cautious and concerned.
(19:55:20 PM): i understand...i guess i dont blame you
tnmaster_2007 (19:55:53 PM): btw do you havw a cell phne?

▓▓▓▓▓▓▓▓ (19:56:00 PM): yes
▓▓▓▓▓▓▓▓ (19:56:01 PM): i do
tnmaster_2007 (19:56:03 PM): ok
tnmaster_2007 (19:56:08 PM): that is good
tnmaster_2007 (19:57:04 PM): because it will be better for you to call me when you reach the intersection of hwy 13 and hwy 412 in linden and let me come to you and let you follow me the rest of the way to my house.
tnmaster_2007 (19:58:03 PM): i can give you directions but i don't think you will be able to find it using Mapquest.
tnmaster_2007 (19:58:11 PM): the exact location i mean
▓▓▓▓▓▓▓▓ (19:58:16 PM): that is fine
tnmaster_2007 (19:58:42 PM): it is a fairly new address and i am not sure that mapquest has the correct coordinates for this location.
▓▓▓▓▓▓▓▓ (19:58:57 PM): ok i will
tnmaster_2007 (19:59:06 PM): soo
tnmaster_2007 (19:59:45 PM): now that we have the logistics discussed. tell me about the thoughts if any you have had today as relates to us.
▓▓▓▓▓▓▓▓ (20:00:42 PM): you holding me and making love 2 me
tnmaster_2007 (20:00:49 PM):
tnmaster_2007 (20:00:55 PM): i like that thought!!!
▓▓▓▓▓▓▓▓ (20:00:57 PM): me 2
tnmaster_2007 (20:01:14 PM): did you locate any pics ?
▓▓▓▓▓▓▓▓ (20:01:28 PM): i dont have a scanner to scan them
tnmaster_2007 (20:01:38 PM): dang and drat!!!lol
▓▓▓▓▓▓▓▓ (20:01:38 PM): i got some regular pics
tnmaster_2007 (20:02:02 PM): it is always something , isn't it??:)
▓▓▓▓▓▓▓▓ (20:02:09 PM): i know
▓▓▓▓▓▓▓▓ (20:02:16 PM): im a single mom and dont have alot of money.
tnmaster_2007 (20:02:17 PM): well regular pics will be appreciated.
tnmaster_2007 (20:02:43 PM): while you are here i can take other pics!;)
▓▓▓▓▓▓▓▓ (20:02:59 PM): :D
▓▓▓▓▓▓▓▓ (20:03:02 PM): i like it
tnmaster_2007 (20:03:39 PM): do you have some regular pics that are on the comp?
▓▓▓▓▓▓▓▓ (20:05:05 PM): just the ones that come with this thing
tnmaster_2007 (20:05:18 PM): ok
tnmaster_2007 (20:05:45 PM): none of your or the children, eh?
▓▓▓▓▓▓▓▓ (20:06:36 PM): no sorry...we did have when i was married but we never got his puter back
▓▓▓▓▓▓▓▓ (20:06:61 PM): we lost everything on there
tnmaster_2007 (20:06:52 PM): i see.
tnmaster_2007 (20:07:25 PM): was the comp taken as evidence?
▓▓▓▓▓▓▓▓ (20:07:31 PM): yep
tnmaster_2007 (20:08:14 PM): hmmm! i hope that there were no 'compromising pics" on the comp!
▓▓▓▓▓▓▓▓ (20:08:41 PM): nr thank god
tnmaster_2007 (20:08:55 PM): :-S
▓▓▓▓▓▓▓▓ (20:09:29 PM): yes indeed
tnmaster_2007 (20:09:48 PM): btyw what time do you expect that you will leave Friday afternoon?
▓▓▓▓▓▓▓▓ (20:10:30 PM): kids get out at 2:15p then i can leave
tnmaster_2007 (20:11:05 PM): soo somewhere around 2:30 or 3:00, right?
▓▓▓▓▓▓▓▓ (20:11:20 PM): yep
tnmaster_2007 (20:12:06 PM): i think the best route will take you to atlanta and then to chattanooga and then to linden
▓▓▓▓▓▓▓▓ (20:12:25 PM): ok cool
tnmaster_2007 (20:12:45 PM): leaving at that time you should be able to avoid most of the Atlanta rush hour stuff.
tnmaster_2007 (20:13:36 PM): what is the address you will be leaving from there in Tallahassee?
tnmaster_2007 (20:13:52 PM): i ask so that i can also plot it out on mapquest
▓▓▓▓▓▓▓▓ (20:13:53 PM): ok how long u think it will take us to get there
tnmaster_2007 (20:14:04 PM): and see if they give yuou the best route.

▓▓▓▓▓▓▓▓ (20:14:30 PM): ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
tnmaster_2007 (20:14:38 PM): zip code?
▓▓▓▓▓▓▓▓ (20:14:42 PM): tallahassee, fl ▓▓▓▓
tnmaster_2007 (20:14:45 PM): ok
tnmaster_2007 (20:14:58 PM): hold on let me see what mapquest shows
tnmaster_2007 (20:15:17 PM): there a re some short cvuts that they may not
give
tnmaster_2007 (20:15:23 PM): on this end
tnmaster_2007 (20:15:27 PM): soo let me see.
▓▓▓▓▓▓▓▓ (20:15:31 PM): ok
tnmaster_2007 (20:15:39 PM): i will be right back after i check it out.
▓▓▓▓▓▓▓▓ (20:16:28 PM): k
▓▓▓▓▓▓▓▓ (20:22:34 PM): brb gotta check on ▓▓▓▓▓ he is crying
tnmaster_2007 (20:22:42 PM): ok
▓▓▓▓▓▓▓▓ (20:26:29 PM): im back
▓▓▓▓▓▓▓▓ (20:26:35 PM): he stubbed his toe running
tnmaster_2007 (20:26:40 PM): is he ok?
▓▓▓▓▓▓▓▓ (20:26:54 PM): yeah just hurt at first...he's ok
tnmaster_2007 (20:27:02 PM): good
▓▓▓▓▓▓▓▓ (20:27:09 PM): he was funny   he said  i think i broke it mommy
▓▓▓▓▓▓▓▓ (20:27:18 PM): lol
tnmaster_2007 (20:28:12 PM): ok using Mapquest put in your starting lovastion
and the destination as intersection of Hwy 13 and Hwy 412 in Linden, tennessee,
37096
▓▓▓▓▓▓▓▓ (20:28:34 PM): ok hang on
tnmaster_2007 (20:28:58 PM): also click the option for shortest time
▓▓▓▓▓▓▓▓ (20:30:00 PM): by the way i think i told you ▓▓▓▓▓▓▓▓ but it is
▓▓▓▓▓▓▓▓
tnmaster_2007 (20:30:20 PM): ok i found it anyway.
▓▓▓▓▓▓▓▓ (20:31:02 PM): wow 8 hrs
▓▓▓▓▓▓▓▓ (20:31:09 PM): almost nine
tnmaster_2007 (20:31:13 PM): closer to 9
tnmaster_2007 (20:31:34 PM): 8 hrs 53 minutes according tc mapquest
tnmaster_2007 (20:31:53 PM): but they generally factor in that you will
average 50 mph
▓▓▓▓▓▓▓▓ (20:31:58 PM): we gain an hour though right
tnmaster_2007 (20:32:08 PM): and you will be able to do better thatn that
▓▓▓▓▓▓▓▓ (20:32:11 PM): ok good
▓▓▓▓▓▓▓▓ (20:32:30 PM): sc maybe get there 10 your time or so
▓▓▓▓▓▓▓▓ (20:32:34 PM): or 11
tnmaster_2007 (20:32:39 PM): yes 2:30 your time is 1:30 my time.
▓▓▓▓▓▓▓▓ (20:32:50 PM): we can dc that
▓▓▓▓▓▓▓▓ (20:33:08 PM): do u have extra bed or beds for the kids...they can
sleep on the sofa 2
tnmaster_2007 (20:33:29 PM): have extra bed for each of them
▓▓▓▓▓▓▓▓ (20:33:34 PM): cccl
tnmaster_2007 (20:33:41 PM): they can have theri own bed
▓▓▓▓▓▓▓▓ (20:33:47 PM): k
tnmaster_2007 (20:34:18 PM): but that means you are stuck sleeping wiht me or
on the couch!!lol
▓▓▓▓▓▓▓▓ (20:34:25 PM): wiht u is fine
tnmaster_2007 (20:34:32 PM): i prefer you not to sleep on the couch!!!lol
▓▓▓▓▓▓▓▓ (20:34:36 PM): me either
tnmaster_2007 (20:35:22 PM): their beds will be in one room
▓▓▓▓▓▓▓▓ (20:35:27 PM): thats fine
tnmaster_2007 (20:35:31 PM): but seperate beds for each.
▓▓▓▓▓▓▓▓ (20:35:34 PM): k
tnmaster_2007 (20:37:09 PM): btw when you get to waynesboro, tennessee and
start north on hwy #13
▓▓▓▓▓▓▓▓ (20:37:14 PM): ok
▓▓▓▓▓▓▓▓ (20:37:34 PM): thanks for helping with the gas
tnmaster_2007 (20:37:35 PM): you will continue on that until you come to a 4-
way stop in linden

███████████ (20:37:50 PM): it is hard for me to pay all the bills..you obviously know that i do not get child support
tnmaster_2007 (20:37:51 PM): at the intersection fo hwy 13 and hwy 423
███████████ (20:37:58 PM): k
tnmaster_2007 (20:38:08 PM): there will be a BP gas station on your right
███████████ (20:38:21 PM): k
tnmaster_2007 (20:38:23 PM): and you can pull in to that parking lot to call
███████████ (20:38:28 PM): ok i will
tnmaster_2007 (20:38:51 PM): it will take me about 5 to 10 minutes to get there after you call
tnmaster_2007 (20:39:09 PM): the number to call is 931-589-2591
███████████ (20:39:15 PM): ok i will save it
tnmaster_2007 (20:39:37 PM): oops that is the intersection of hwy 13 aqnd hwy 412 not 423
tnmaster_2007 (20:39:41 PM): 412
tnmaster_2007 (20:39:43 PM): ok
███████████ (20:39:52 PM): glad u fixed that...ugh would have been real lost
tnmaster_2007 (20:39:57 PM): lol
tnmaster_2007 (20:40:30 PM): yep especially since ther is no hwy 423 that intewrsects wiht Hwy 13 in Perry county!!!lol
███████████ (20:40:36 PM): lol
███████████ (20:41:03 PM): i cant wait baby
███████████ (20:41:48 PM): ██████ is not gonna be happy bout his game but he will understand...i will tell him its a vacation and we get to meet u
tnmaster_2007 (20:42:15 PM): be prpared for the fact that Hwy 13 between Waynesboro and Linden has some very curvy portions especially after you cross the Buffalo River and between the River and Flatwoods.
███████████ (20:42:30 PM): ok i will
tnmaster_2007 (20:43:12 PM): ok tell me again the type auto you will be driving.
███████████ (20:43:25 PM): its a blue ford taurus
███████████ (20:43:42 PM): used 2 be my moms car
tnmaster_2007 (20:43:47 PM): with florida tags?
███████████ (20:43:49 PM): yes.
tnmaster_2007 (20:43:58 PM): tag number?
███████████ (20:44:09 PM): i don know...u want me to go check
tnmaster_2007 (20:44:40 PM): well not right now can check later and send me an off line tomorrow or later tonight.
███████████ (20:45:14 PM): :
tnmaster_2007 (20:46:07 PM): this won't be interferring wiht any of ███████ plans, will it?
███████████ (20:47:27 PM): no
███████████ (20:47:40 PM): not at all
tnmaster_2007 (20:48:11 PM): good i would hate to interfer with both of them
tnmaster_2007 (20:48:24 PM): that wouldn't be a good beginning!!
███████████ (20:48:47 PM): not all they will be ok
███████████ (20:49:05 PM): grret love vacation
tnmaster_2007 (20:49:15 PM): well i hope so
tnmaster_2007 (20:49:56 PM): l;ets hope it isn't raining and stuff so that we can have some time to see some sights
███████████ (20:50:24 PM): do u want tag because u r a cop?
tnmaster_2007 (20:50:30 PM): no
███████████ (20:50:42 PM): u make me nervous
tnmaster_2007 (20:51:21 PM): because i want to have the proper information so that if there is some ither person or persons with florida tags s i won't make a fool of myself!!!lol
███████████ (20:51:32 PM): what r the chances of that
███████████ (20:51:59 PM): i dont know if i feel comfortable coming
███████████ (20:52:09 PM): i might have said to much already
tnmaster_2007 (20:52:53 PM): well we get some traffic through here on hwy 13 from Florida folks becquse it is a relatively well used north south route from Florida to Clqrksville Tennessee where there is an army base
tnmaster_2007 (20:53:10 PM): it is the home station of the 101st Airborne

▓▓▓▓▓▓▓▓ (20:53:26 PM): i dont think to many are driving a 1999 taurus ford
taurus with over 120,000 miles either   lol
tnmaster_2007 (20:53:29 PM): it is not unusual to see Florida tags on that
section of the road
tnmaster_2007 (20:54:30 PM): well i do not mean to make you nervous
tnmaster_2007 (20:54:40 PM): i am sorry if i do
▓▓▓▓▓▓▓▓▓ (20:55:11 PM): i just dont know if i feel comfortable about coming
there now..
tnmaster_2007 (20:55:18 PM): well if it bothers you
tnmaster_2007 (20:55:35 PM): it will not be necessary for you to get the tg
number
▓▓▓▓▓▓▓▓ (20:55:40 PM): i dont wanna lose my children and if u r a cop and
know i could go to jail for what ive done
tnmaster_2007 (20:56:22 PM):
tnmaster_2007 (20:56:36 PM): but that was over 20 years ago!!!lol
▓▓▓▓▓▓▓▓ (20:56:39 PM): still former?
▓▓▓▓▓▓▓▓ (20:56:42 PM): lol
tnmaster_2007 (20:56:57 PM): i am glad that you are thinking
tnmaster_2007 (20:57:14 PM): i am gla d that youi are wise enough to ask
questions
▓▓▓▓▓▓▓▓ (20:57:31 PM): u really spooked me though
tnmaster_2007 (20:57:33 PM): but i assure you that i am not a cop now
▓▓▓▓▓▓ (20:57:48 PM): ok
tnmaster_2007 (20:57:53 PM): i have almost as much to risk as do you in this
situation
▓▓▓▓▓▓▓▓▓ (20:58:21 PM): i know...my kids need me..especially with their
father already in jail
tnmaster_2007 (20:58:30 PM): you may check the information for Bobby McGee
attorney in LInden tennessee 37096
tnmaster_2007 (20:58:43 PM): office located at 122 East Main stree.
▓▓▓▓▓▓ (20:58:46 PM): i trust u
▓▓▓▓▓▓ (20:59:13 PM): its nine and i gotta put the kids 2 bed....r u gonna
b online in about 20 mins or so
tnmaster_2007 (20:59:24 PM): yep
▓▓▓▓▓▓▓▓ (20:59:40 PM): ok i will b back in bout 20 mins.. ▓▓▓▓▓▓ says hi
tnmaster_2007 (20:59:44 PM): just buzz when you get back
▓▓▓▓▓▓▓ (20:59:46 PM): she is sitting on my lap now
tnmaster_2007 (20:59:50 PM): ok
tnmaster_2007 (20:59:56 PM): hello ▓▓▓▓▓▓
▓▓▓▓▓▓ (21:00:07 PM): i just told her we ar coming there and she asked if
we can go out on the boat?
▓▓▓▓▓▓ (21:00:20 PM): she loves the water she is like a little fish
tnmaster_2007 (21:00:27 PM): your Mom is checking me out to see if i am real
and serious!!!
tnmaster_2007 (21:00:34 PM): and that is what she should do(
▓▓▓▓▓▓▓▓ (21:00:37 PM): lol dont tell her that  :-)
tnmaster_2007 (21:00:54 PM): well why no9t tell her that?
▓▓▓▓▓▓ (21:01:01 PM): i trust u silly
▓▓▓▓▓▓ (21:01:17 PM): ▓▓▓▓ says u never answered her bout the boat
tnmaster_2007 (21:01:24 PM): and yes ▓▓▓▓▓ i have it in my mind that if the
weather doesn't turn bad that we will go to the River
▓▓▓▓▓▓ (21:01:37 PM): she wants u 2 watch her swim
tnmaster_2007 (21:01:46 PM): don't know yet whether will take the [pontoon
boat or the Bass boat!*G*
▓▓▓▓▓▓ (21:01:55 PM): she is all smiles
tnmaster_2007 (21:02:03 PM): good
tnmaster_2007 (21:02:19 PM): do you know how to water ski, ▓▓▓▓▓▓?
▓▓▓▓▓▓ (21:02:28 PM): she never has
tnmaster_2007 (21:02:32 PM): ok
tnmaster_2007 (21:02:52 PM): well this trip is probably not the time to get
involved in that
tnmaster_2007 (21:03:10 PM): but if everything works out well and you guys
move here

▬▬▬▬▬▬ (21:03:17 PM): that would b nice
tnmaster_2007 (21:03:32 PM): then next summer you cna lern to water ski,
▬▬▬▬▬
▬▬▬▬▬ (21:03:46 PM): she would like that she says
tnmaster_2007 (21:04:33 PM): ▬▬▬▬▬, do you know how to ride and operate a 4 wheeler(ATV)
▬▬▬▬▬ (21:04:45 PM): yes
tnmaster_2007 (21:04:56 PM): well i have one!!!*G*
▬▬▬▬▬ (21:05:03 PM): awesome
▬▬▬▬▬ (21:05:17 PM): ▬▬▬▬▬ wants to type while i put ▬▬▬▬▬ to bed
▬▬▬▬▬ (21:05:21 PM): b back
tnmaster_2007 (21:05:22 PM): sure
▬▬▬▬▬ (21:05:25 PM): hi
tnmaster_2007 (21:05:29 PM): hello
▬▬▬▬▬ (21:05:30 PM): this ▬▬▬▬
tnmaster_2007 (21:05:33 PM): ▬▬▬▬▬
▬▬▬▬▬ (21:05:42 PM): yes my friends call me ▬▬▬▬ so can u
tnmaster_2007 (21:05:50 PM): looking forward to meeting you!:)
tnmaster_2007 (21:05:56 PM): ok
tnmaster_2007 (21:05:58 PM): ty
tnmaster_2007 (21:06:00 PM): ▬▬▬▬▬
▬▬▬▬▬ (21:06:05 PM): me 2..mom says we are coming to visit and maybe live there someday
tnmaster_2007 (21:06:19 PM): well that is the plan at this time!!!
tnmaster_2007 (21:06:34 PM): you guys have to 'check me out"lol
tnmaster_2007 (21:06:41 PM): and i have to check you out!!!
▬▬▬▬▬ (21:06:50 PM): mom showed me your picture
▬▬▬▬▬ (21:06:56 PM): i like your beard
tnmaster_2007 (21:07:02 PM): need to see if we think we will like each other enought to live together.
tnmaster_2007 (21:07:11 PM): well ty
tnmaster_2007 (21:07:32 PM): i might tickle you with it!!!lol
▬▬▬▬▬ (21:07:47 PM): lol make me laugh
▬▬▬▬▬ (21:07:55 PM): im ticklish in my belly
tnmaster_2007 (21:07:58 PM): yep
tnmaster_2007 (21:08:06 PM): laughing is a good thing, right?
▬▬▬▬▬ (21:08:11 PM): yeah
▬▬▬▬▬ (21:08:26 PM): i sometimes hold ▬▬▬▬ down and tickle him
tnmaster_2007 (21:08:30 PM): around you beelly bitton?
▬▬▬▬▬ (21:08:33 PM): he gets mad at me
▬▬▬▬▬ (21:08:38 PM): yeah
tnmaster_2007 (21:08:52 PM): well it may not be as much fun for him!!!*G*
▬▬▬▬▬ (21:09:12 PM): im laugh more than he does
tnmaster_2007 (21:09:17 PM): ok
tnmaster_2007 (21:09:59 PM): soo what else has your mom told you about maybe coming here to live?
▬▬▬▬▬ (21:10:18 PM): she said we will be like a family
tnmaster_2007 (21:10:25 PM): yep
tnmaster_2007 (21:10:29 PM): i hope so.
▬▬▬▬▬ (21:10:35 PM): :)
▬▬▬▬▬ (21:11:06 PM): do u like my mommy   yes or no
tnmaster_2007 (21:11:21 PM): YES
▬▬▬▬▬ (21:11:28 PM): that is a big yes  kool
tnmaster_2007 (21:11:31 PM): :D
▬▬▬▬▬ (21:11:57 PM): we will have fun just like when daddy was here
tnmaster_2007 (21:12:09 PM): well i hope so
tnmaster_2007 (21:12:21 PM): some very special fun
▬▬▬▬▬ (21:12:29 PM): did mommy tell u daddy went to jail
▬▬▬▬▬ (21:12:31 PM): yes
tnmaster_2007 (21:12:41 PM): that will need to be our secret
tnmaster_2007 (21:12:54 PM): and that others wouldn't understand about.
▬▬▬▬▬ (21:13:17 PM): mommy told me never to tell anyone
tnmaster_2007 (21:13:18 PM): yes she told me that he was in jail in Alabama.

████████████ (21:13:21 PM): our fun only
████████████ (21:13:23 PM): yes he is
████████████ (21:13:39 PM): i kinda want to visit him but ████████ is scared
████████████ (21:13:45 PM): he is such a baby
tnmaster_2007 (21:13:59 PM): do you think you would like to participate in that
kind of fun again?
████████████ (21:14:10 PM): yes i liked it
tnmaster_2007 (21:14:16 PM):
tnmaster_2007 (21:14:18 PM):   good
████████████ (21:14:32 PM): will u buy me gifts like daddy did
tnmaster_2007 (21:15:00 PM): well maybe you and mom can go visit your dad and
████████ could stay wiht me and wouldn't habve to go.
████████████ (21:15:10 PM): oh yeah we could do that
tnmaster_2007 (21:15:19 PM): although i am sure that your dad would like to
see both you and ████████.
████████████ (21:15:33 PM): ████████ cries whne mom asks him
tnmaster_2007 (21:15:41 PM): i see.
████████████ (21:15:58 PM): mom is yeeling for me to come to bed
tnmaster_2007 (21:16:05 PM): well i dont know what kinds of gifts your dad
bought you
████████████ (21:16:13 PM): she said she will be back in a few mins...clothes and
dolls
████████████ (21:16:19 PM): not much into dolls anymore
tnmaster_2007 (21:16:22 PM): but i am sure that you will have gifts from time
to time.
████████████ (21:16:36 PM): kool
tnmaster_2007 (21:17:03 PM): we will talk more about that if your mopm and you
guys decide to come live wiht me.
tnmaster_2007 (21:17:11 PM): i have enjoyed talking ot tyou
tnmaster_2007 (21:17:21 PM): better scoot and go to bed
████████████ (21:17:23 PM): ok bye mr bobby
tnmaster_2007 (21:17:32 PM): gnight ████████
████████████ (21:17:36 PM): :)
████████████ (21:17:42 PM): mom b back she said dont go
tnmaster_2007 (21:17:45 PM): >:D
████████████ (21:17:50 PM): >:D
tnmaster_2007 (21:17:51 PM): ok
████████████ (21:17:52 PM): bye
████████████ (21:29:58 PM): im back
tnmaster_2007 (21:30:02 PM): wb
████████████ (21:30:03 PM): kids r in bed
tnmaster_2007 (21:30:08 PM): i'm here!lol
tnmaster_2007 (21:30:17 PM): ok
tnmaster_2007 (21:30:37 PM): scroll back and you can see the convo that ████████
and i had.
████████████ (21:30:43 PM): ok hang on then
████████████ (21:31:09 PM): she is so cute
████████████ (21:31:14 PM): she loves clothes!
tnmaster_2007 (21:31:35 PM): hmmmmmmmmmmmmm! she must be a female!!!lol
████████████ (21:32:07 PM): i wonder where she gets it from >:)
tnmaster_2007 (21:32:13 PM): lmao
tnmaster_2007 (21:32:42 PM): who knows some fereaky combination of genetics i
guess!~!!lol
████████████ (21:32:56 PM): lol
tnmaster_2007 (21:33:44 PM): sooo what do you think about how my chat with ████████
went?
████████████ (21:34:00 PM): i think it went good
tnmaster_2007 (21:34:10 PM): i thought so too.
tnmaster_2007 (21:34:30 PM): did she say anything about it while you were
putting her to bed?
████████████ (21:34:44 PM): she smiled and said she could plays games again
tnmaster_2007 (21:34:54 PM):

tnmaster_2007 (21:35:41 PM): well i hope she is not disappointed when she finds oput that my 'game stick"
tnmaster_2007 (21:36:07 PM): is not as large and responsive as her dad's!!!:).
███████ (21:36:39 PM): lol
███████ (21:36:44 PM): she will b fine
tnmaster_2007 (21:36:48 PM): ok
tnmaster_2007 (21:36:53 PM): btw
tnmaster_2007 (21:37:28 PM): have you ever had your nipples and clit nibbled on by a man wiht he false teeth out?
███████ (21:37:34 PM): no
tnmaster_2007 (21:37:50 PM): well guess what?????;)
███████ (21:37:57 PM): i guess
███████ (21:38:27 PM): i will know
tnmaster_2007 (21:38:31 PM): you will have another 'virgin experience' coming!!!lol
███████ (21:38:56 PM): yes
tnmastex_2007 (21:39:48 PM): will you cum in my mouth and on my beard when i eat your pussy?
███████ (21:40:11 PM): yes
tnmaster_2007 (21:40:23 PM): :)
tnmaster_2007 (21:40:34 PM): ok here it comes...
tnmaster_2007 (21:40:41 PM): what are you thinking right now?
███████ (21:41:01 PM): visualizing you eating me out
tnmaster_2007 (21:41:12 PM):
███████ (21:41:21 PM): :)
tnmaster_2007 (21:41:25 PM): feeling my beard on your inner thighs?
███████ (21:41:30 PM): mmm
███████ (21:42:08 PM): that would be good
tnmaster_2007 (21:42:27 PM): :D
tnmaster_2007 (21:42:46 PM): are you like ███████?
tnmaster_2007 (21:42:57 PM): do you like to have your tummy tickled too?
███████ (21:42:57 PM): yes
███████ (21:43:00 PM): yes
███████ (21:43:24 PM): it is amazing how long we talk and the time just flies by
tnmaster_2007 (21:43:30 PM): yep
tnmaster_2007 (21:44:37 PM): btw is it exciting:arousing) for you to watho ███████being licked?
███████ (21:44:50 PM): yes
███████ (21:44:59 PM): cant wait for htis weekend
tnmaster_2007 (21:45:06 PM):
tnmaster_2007 (21:45:08 PM):
tnmaster_2007 (21:45:21 PM): me 2
tnmaster_2007 (21:45:27 PM): :D
███████ (21:46:05 PM): it will be fun
tnmaster_2007 (21:46:21 PM):
███████ (21:46:34 PM): :
tnmaster_2007 (21:46:47 PM): btw pack bathing suits.
tnmaster_2007 (21:47:05 PM): cause if it is nice we will go to the River on saturday.
███████ (21:47:16 PM): k
tnmaster_2007 (21:47:47 PM): what kind of food do you and the children like?
███████ (21:48:02 PM): most stuff
███████ (21:48:09 PM): they dont brocolli
tnmaster_2007 (21:48:20 PM): maybe it would be better to ask what you don't like.
███████ (21:48:21 PM): or peas
tnmaster_2007 (21:48:31 PM): ok no peas
tnmaster_2007 (21:48:36 PM): no broccolli
███████ (21:48:42 PM): :)
tnmaster_2007 (21:48:50 PM): what else is on the "NO" list?!
███████ (21:49:16 PM): i really got them eating lots of different foods early in life so they will east most foods

(21:49:25 PM): they love mac n cheese
(21:49:33 PM): and waffles for breakfest
tnmaster_2007 (21:49:35 PM): ok
tnmaster_2007 (21:50:18 PM): don't have a waffle iron but can whip up some
pancakes or French toast.
(21:50:51 PM): i usually by ego blueberry waffles for them and cook
them in toaster but if u dont have toaster pancakes are good
tnmaster_2007 (21:51:14 PM): well i don't have toaster either!!lol
(21:51:21 PM): lol
(21:51:23 PM): k
tnmaster_2007 (21:51:34 PM): i am old fashioned and don't have all the modern
convencies!!!lol
tnmaster_2007 (21:51:55 PM):
(21:51:59 PM): lol
(21:52:04 PM): need a womans touch
tnmaster_2007 (21:52:26 PM): we couild build fire in driveway and cook chicken
on a stick!!!lol
(21:52:56 PM): neat
tnmaster_2007 (21:53:08 PM): i was being a bit facetious there
(21:53:20 PM): ok
tnmaster_2007 (21:53:23 PM): i do have a stove and frying pan and stuff!!!lol
(21:54:11 PM): lol ok thought maybe we were going to like cookout
tnmaster_2007 (21:54:13 PM): i might have some venison left in the freezer
tnmaster_2007 (21:54:22 PM): if i don't i think Daddy has some
tnmaster_2007 (21:54:29 PM): ever eaten venison?
(21:54:36 PM): once..pretty good
tnmaster_2007 (21:55:05 PM): i need to see if i have some deer sausage that i
made.
tnmaster_2007 (21:55:14 PM): that is pretty good stuff.
(21:55:15 PM): that would be cool
tnmaster_2007 (21:55:31 PM): for breakfast wiht eggs etc.
(21:55:36 PM): k
tnmaster_2007 (21:56:17 PM): i am not a coffee drinker and do not have a
coffee pot but have a tea kettle and some instant coffee.
(21:56:29 PM): i dont drink coffee either
tnmaster_2007 (21:56:34 PM): ok
tnmaster_2007 (21:56:49 PM): then we don' thave to try to make arrangements
for that!!!
(21:57:23 PM): yes indeed
tnmaster_2007 (21:57:40 PM): milk of course
(21:57:55 PM): yep
tnmaster_2007 (21:57:55 PM): wjat kind of juice do you and the kids like?
(21:58:06 PM): thye like oj and gatorade
tnmaster_2007 (21:58:12 PM): ok
(21:58:28 PM): i usually by the powder mix and make my own gatorade
its cheaper
tnmaster_2007 (21:58:28 PM): will try to put that on my to get list!!!lol
(21:58:57 PM): lol k
tnmaster_2007 (21:59:19 PM): what flavor of milkshakes do you guys like?
(21:59:47 PM): me chocolate... likes strawberry and likes
about anything  lol
tnmaster_2007 (21:59:54 PM): lol
tnmaster_2007 (21:59:55 PM): ok
tnmaster_2007 (22:00:45 PM): one of the things i cook from time to tme is
broiled chicken
tnmaster_2007 (22:01:25 PM): in a cassarole dish with onions and a sauce i
make wiht italian dressing and honey mustard mixed together.
(22:01:41 PM): wow sounds good
tnmaster_2007 (22:02:03 PM): does or like ot help cook
tnmaster_2007 (22:02:18 PM): we might do a group project on making some
cookies!
(22:02:34 PM): nice does
tnmaster_2007 (22:02:55 PM): ok

tnmaster_2007 (22:03:23 PM):  i guess ████████. really llikes the eating part more
than the baking part, eh?
████████████ (22:03:42 PM): yes indeed
tnmaster_2007 (22:03:51 PM): hmmm!
tnmaster_2007 (22:03:59 PM):  let me look for somehting here
tnmaster_2007 (22:04:01 PM):  brb
████████████████ (22:04:55 PM): k
tnmaster_2007 (22:06:32 PM):  these are some i made in January this year and
set out on the deck railing to cool
████████████████ (22:07:21 PM): nice
tnmaster_2007 (22:07:49 PM):  btw i should tell you that i do not have a TV
hooked up
████████████ (22:07:59 PM): really
████████████ (22:08:02 PM): dvd player
tnmaster_2007 (22:08:07 PM):  but the kids can play games on the computer if
they like
████████████████ (22:08:12 PM): ok
tnmaster_2007 (22:08:35 PM):  if you have something they like to read or play
wiht you might want to stick that in
████████████████ (22:08:52 PM): i have a portable dvd player for them
tnmaster_2007 (22:08:57 PM):  ok
tnmaster_2007 (22:09:00 PM):  good
tnmaster_2007 (22:09:24 PM):  i have not felt the need to have a TV so havent
hooked it up
████████████ (22:09:34 PM): more family time
tnmaster_2007 (22:09:37 PM):  i have on just not hookied uop!!!lol
████████████████ (22:09:44 PM): k
tnmaster_2007 (22:10:50 PM):  am trying to think about their needs and
situation
████████████ (22:11:01 PM): tks
████████████ (22:11:08 PM): that is very nice
tnmaster_2007 (22:11:11 PM):  i think you and i will find thing s to 'occupy
our time"!!!lol\
tnmaster_2007 (22:11:20 PM):  and maybe even ████
tnmaster_2007 (22:11:30 PM):  but i suspect that
tnmaster_2007 (22:11:53 PM): ████████ might find some of that boring ptretty quic
ckly!*G*
████████████ (22:11:59 PM): yes indeed
████████████ (22:12:05 PM): he can play video games
tnmaster_2007 (22:12:09 PM):  ok
tnmaster_2007 (22:12:48 PM):  i hope you can tell that i am trying to consider
everyone here
tnmaster_2007 (22:12:50 PM):  you,
tnmaster_2007 (22:12:53 PM): ████, and
tnmaster_2007 (22:12:56 PM): ████████.
████████████ (22:13:14 PM): that ios very nice and i like that bout u
tnmaster_2007 (22:13:34 PM):  ty
tnmaster_2007 (22:14:24 PM):  well if this is going to work then it is all of
use not just me and you.
████████████ (22:14:38 PM): aahh thanks baby
tnmaster_2007 (22:14:35 PM):  *all of us...
tnmaster_2007 (22:15:50 PM):  there will have to be 'give and take' on everyones
part.
tnmaster_2007 (22:16:06 PM):  and there will have to be discussion and
communication.
████████████████ (22:16:26 PM): i agree completely...but the man is also head of the
house
tnmaster_2007 (22:16:34 PM):  of course.
tnmaster_2007 (22:17:08 PM):  but if i am to be head of the house, i still must
consider all those in the household not kust me.
████████████ (22:17:17 PM): true
tnmaster_2007 (22:17:46 PM):  hmmm! i do not remember whether i told you or not
████████████ (22:17:52 PM): yes

tnmaster_2007 (22:18:06 PM):  but i hold wiht an open hand not a closed fist.
tnmaster_2007 (22:18:10 PM):  understand?
████████████ (22:18:15 PM):  7
tnmaster_2007 (22:20:29 PM):  i believe that in order to know whether the
submissive truly cares and truly respects , and truly wants to give, that the
surest way to know that is to hold my hand oen and take the gift in the hand,
but like a bird that can trake wing and fly anytime that it isd perched on its
masters hand or finger.
tnmaster_2007 (22:20:55 PM):  it will only stay or come back when it flies if
it wants to in itrs heart and soul
████████ (22:20:56 PM):  aahh i c...that is really good
tnmaster_2007 (22:21:16 PM):  i cannot teruly know whetheer tthe bird wants to
accept me as a
tnmaster_2007 (22:21:53 PM):  master if i keep it closed in in a cage always or
h\wrap my fist around it and prevent it from flying at all.
████████████ (22:22:05 PM):  wow that is so true
tnmaster_2007 (22:22:55 PM):  does that help you understand what i mean by
holding wiht open hand not a closed fist?
████████████ (22:23:04 PM):  yes it does...that was really good
tnmaster_2007 (22:23:45 PM):  but even though i hold wiht an open hand , that
does not mean that i will not express my thoughts and wishes and desires.
████████████ (22:23:53 PM):  true
tnmaster_2007 (22:24:12 PM):  that does not mean that nothing will be asked or
required
tnmaster_2007 (22:24:16 PM):  understand?
████████████ (22:24:44 PM):  yes indeed
tnmaster_2007 (22:24:58 PM):  it does not mean that when there are differences
of opinion that i will not make the final decision.
tnmaster_2007 (22:25:03 PM):  understand?
████████████ (22:25:11 PM):  yes
tnmaster_2007 (22:26:02 PM):  i wll ask for your input from time to time but
that does not always mean that i will always go wiht your opinion.
████████████ (22:26:15 PM):  ok
tnmaster_2007 (22:26:20 PM):  i will be the Master opf my home.
████████████ (22:26:41 PM):  i agree u should be
tnmaster_2007 (22:26:52 PM):  ok
tnmaster_2007 (22:27:04 PM):  soo here it comes again!!!lol
tnmaster_2007 (22:27:11 PM):  what are you thinking right now?
████████████ (22:27:27 PM):  how much you are making me fail for u
tnmaster_2007 (22:27:46 PM):  :)
tnmaster_2007 (22:27:56 PM):  i beg to differ a little
tnmaster_2007 (22:28:04 PM):  i am not 'making' you
████████████ (22:28:07 PM):  true
tnmaster_2007 (22:28:16 PM):  but i am allowing yhou to do sc.
████████████ (22:28:31 PM):  ty
tnmaster_2007 (22:29:02 PM):  and trying tc mske sure you understand where i am
coming from so that you can make an informed decision abcut ycur giving of
yourself.
████████████ (22:29:16 PM):  i m thanks
████████████ (22:29:18 PM):  j am
tnmaster_2007 (22:29:21 PM):  remember "Safe, Sane, and Consentual"
tnmaster_2007 (22:29:27 PM):  it takes all three
tnmaster_2007 (22:29:54 PM):  and you cannot possibly truly and fully consent
if you do not have all the data!*GG*
████████████ (22:30:13 PM):  that is true
████████████ (22:30:37 PM):  i cant wait to see you friday night
tnmaster_2007 (22:30:53 PM):
tnmaster_2007 (22:31:08 PM):  well you may want to keep this in mind
████████████ (22:31:11 PM):  yes
tnmaster_2007 (22:31:51 PM):  that when we get here to the house ane  everyone
has put their things away and found wehre the bathrooms are, etc.
████████████ (22:32:05 PM):  ok sounds good

tnmaster_2007 (22:32:40 PM): i will expect you to come before me and strip and. get on yuour knees and offer yourself to me for the weekend.
▓▓▓▓▓▓▓ (22:32:51 PM): wow that sounds like fun
tnmaster_2007 (22:33:34 PM): i will want ▓▓▓ and ▓▓▓▓ to observe that .
tnmaster_2007 (22:33:38 PM): understand?
▓▓▓▓▓▓▓▓▓ (22:33:42 PM): yes
tnmaster_2007 (22:33:54 PM): you may need to prepare them for that in advance.
▓▓▓▓▓▓▓▓▓ (22:34:06 PM): ok i will
tnmaster_2007 (22:35:38 PM): if in discussing that wiht them they have any questions , answer them as honestly as you can and if they want to ask questions that i need to answer let me know and i will try to answer them as well.
▓▓▓▓▓▓▓ (22:36:22 PM): ok i will
tnmaster_2007 (22:36:31 PM): soo what are yuou thinking right now?
▓▓▓▓▓▓▓ (22:36:53 PM): when i get to your house you taking me
tnmaster_2007 (22:37:12 PM): :)
▓▓▓▓▓▓▓ (22:38:02 PM): hey baby im getting tired..gotta get up early and get the kids ready for school
▓▓▓▓▓▓▓ (22:38:14 PM): r u gonna be able 2 get online tomorrow?
tnmaster_2007 (22:38:23 PM): i hope swo
▓▓▓▓▓▓▓ (22:38:31 PM): ok ill miss u
tnmaster_2007 (22:38:35 PM): certainly to5morrow afternoon/evening
▓▓▓▓▓▓▓ (22:38:42 PM): will u dream about me tonight?
tnmaster_2007 (22:38:50 PM):
▓▓▓▓▓▓▓ (22:38:56 PM): me I
tnmaster_2007 (22:39:06 PM): i will be highly suprised if i don't!!!!lol
▓▓▓▓▓▓▓ (22:39:08 PM): >:D
▓▓▓▓▓▓▓ (22:39:16 PM): night baby
tnmaster_2007 (22:39:32 PM): :~*>:D:D
▓▓▓▓▓▓▓ (22:39:37 PM): bye

Show Recent Messages (F3)

████████ (10/3/2007 7:46:00 PM): r u there?
████████ (10/3/2007 7:50:57 PM): hey got on here kinda late tonight..████████ had
soccer and then had to make dinner..hit me up when u get online
tnmaster_2007 (10/3/2007 8:16:59 PM): hello
BUZZ!!!
tnmaster_2007 (10/3/2007 8:17:28 PM): i am baqck now.
tnmaster_2007 (10/3/2007 8:17:39 PM): how did the soccer game go?
BUZZ!!!
████████ (10/3/2007 8:18:45 PM): hey
████████ (10/3/2007 8:18:49 PM): did see you on
tnmaster_2007 (10/3/2007 8:19:00 PM): in
████████ (10/3/2007 8:19:14 PM): was just practice
tnmaster_2007 (10/3/2007 8:19:15 PM): am in invisible status.
tnmaster_2007 (10/3/2007 8:19:27 PM): did ████ tem win?
tnmaster_2007 (10/3/2007 8:19:34 PM): oh ok
████████ (10/3/2007 8:19:49 PM): oh ok
████████ (10/3/2007 8:19:53 PM): missed u today
tnmaster_2007 (10/3/2007 8:20:24 PM): yes i hAD A MO ENT OR TWO AND TRIED
TO RAISE YLU BUT YOU WERE DOING OTHER THINGS.
tnmaster_2007 (10/3/2007 8:20:38 PM): oops sorry about the all caps!
████████ (10/3/2007 8:21:23 PM): busy day trying to get work done so can come
see..trying to get as much as i can so i cn get paid and have enough money to get up there
tnmaster_2007 (10/3/2007 8:21:36 PM): good
tnmaster_2007 (10/3/2007 8:22:19 PM): what kind of gas milage do you get with the
Tarus?
████████ (10/3/2007 8:22:58 PM): in city usually round 17 city and 24 hwy
tnmaster_2007 (10/3/2007 8:23:05 PM): ok
████████ (10/3/2007 8:23:10 PM): not too bad
████████ (10/3/2007 8:23:45 PM): how was ur day baby
tnmaster_2007 (10/3/2007 8:24:33 PM): just roughly figuring you should make it on
about 30 gallons of gas.
████████ (10/3/2007 8:24:50 PM): ok how will that cost
tnmaster_2007 (10/3/2007 8:25:17 PM): and if watch for the discount brnds ought to be
able to make it on $90.00 or less.
████████ (10/3/2007 8:25:34 PM): that not 2 bad i guess
tnmaster_2007 (10/3/2007 8:25:41 PM): not at all
tnmaster_2007 (10/3/2007 8:26:07 PM): watch for Pilot stations and citgo etc.
████████ (10/3/2007 8:26:12 PM): true
tnmaster_2007 (10/3/2007 8:26:17 PM): flying J also
████████ (10/3/2007 8:26:19 PM): k
tnmaster_2007 (10/3/2007 8:27:10 PM): i would love to talk to you and hear ylur voice,
████████ (10/3/2007 8:27:15 PM): really

ATTACHMENT "C"

███████ (10/3/2007 8:27:31 PM): you want to talk on the phone when kids go 2 bed?
tnmaster_2007 (10/3/2007 8:27:33 PM): after you get kids to bed give me phone # an i
will call you.

tnmaster_2007 (10/3/2007 8:27:35 PM): ok?
███████ (10/3/2007 8:27:39 PM): we think alike
tnmaster_2007 (10/3/2007 8:27:48 PM): woohoo
tnmaster_2007 (10/3/2007 8:27:54 PM): we better watch it then
tnmaster_2007 (10/3/2007 8:28:05 PM): we will get each other in trouble!!!lol
███████ (10/3/2007 8:28:12 PM): true
tnmaster_2007 (10/3/2007 8:28:18 PM): thinking a like i mean!!!
███████ (10/3/2007 8:28:54 PM): i have a prepaid cell so cant talk forever cuz mins
cost me and i dont have alot of money right now...i dont get any child support and i pay
everything on my own
tnmaster_2007 (10/3/2007 8:29:18 PM): well i can call on land line if you like
tnmaster_2007 (10/3/2007 8:29:27 PM): that shouldn't cost you anything.
███████ (10/3/2007 8:29:54 PM): i dont have home phone....i use cell for everything
tnmaster_2007 (10/3/2007 8:30:07 PM): how do you connect to internet?
███████ (10/3/2007 8:30:38 PM): i use the neighbors wireless signal..dont tell
tnmaster_2007 (10/3/2007 8:30:44 PM): lol
tnmaster_2007 (10/3/2007 8:30:46 PM): ok
███████ (10/3/2007 8:31:05 PM): internet is expensive here
tnmaster_2007 (10/3/2007 8:31:15 PM): ok
███████ (10/3/2007 8:32:24 PM): what u use to connect
tnmaster_2007 (10/3/2007 8:32:29 PM): btw
███████ (10/3/2007 8:32:40 PM): yes
tnmaster_2007 (10/3/2007 8:32:57 PM): found out today that there will be a small
carnival/fair here this weekend
███████ (10/3/2007 8:33:06 PM): oh my gosh the kids will luv that
tnmaster_2007 (10/3/2007 8:33:10 PM): may want to take the kids to that.
███████ (10/3/2007 8:33:14 PM): oh yeah
███████ (10/3/2007 8:33:20 PM): they will luv u for sure
tnmaster_2007 (10/3/2007 8:33:46 PM): it won't be anything elaborate .
███████ (10/3/2007 8:34:00 PM): thats ok  something fun
tnmaster_2007 (10/3/2007 8:34:08 PM): but thwey still might enjpoy looking around.
███████ (10/3/2007 8:34:59 PM): oh yeah
███████ (10/3/2007 8:35:45 PM): when i come with directions u gave..is there a gas
station to pull of 2 call u from?
tnmaster_2007 (10/3/2007 8:36:26 PM): there is a payphone at the BP station i think
tnmaster_2007 (10/3/2007 8:36:35 PM): i will check tomorrow to be sure.
███████ (10/3/2007 8:36:49 PM): ok  how far is your house from there
tnmaster_2007 (10/3/2007 8:37:03 PM): about 5 minutes
███████ (10/3/2007 8:37:14 PM): good....when i call u can u come meet us there?
tnmaster_2007 (10/3/2007 8:37:21 PM): yep
tnmaster_2007 (10/3/2007 8:37:33 PM): that is the plan!!!
███████ (10/3/2007 8:37:37 PM): cool
███████ (10/3/2007 8:37:58 PM): i will call you from the payphone there then

tnmaster_2007 (10/3/2007 8:38:04 PM): ok

tnmaster_2007 (10/3/2007 8:38:07 PM): np

██████████ (10/3/2007 8:38:45 PM): i cnt wait 2 cu

tnmaster_2007 (10/3/2007 8:39:02 PM): i got all the bed linens washed today

███████████ (10/3/2007 8:39:17 PM): cool they are so excited

tnmaster_2007 (10/3/2007 8:39:17 PM): and they were hung outside .

tnmaster_2007 (10/3/2007 8:39:37 PM): i like the smell when they have been dried in the air and the sun.

██████████ (10/3/2007 8:39:41 PM): ███ said she enjoyed talkin with u last night

tnmaster_2007 (10/3/2007 8:39:47 PM): well good

███████████ (10/3/2007 8:39:49 PM): brb ██████ needs me

tnmaster_2007 (10/3/2007 8:39:55 PM): i enjoyed her as well.

tnmaster_2007 (10/3/2007 8:40:01 PM): np

███████████ (10/3/2007 8:44:40 PM): im back

tnmaster_2007 (10/3/2007 8:44:47 PM): wb

██████████ (10/3/2007 8:44:49 PM): ty

██████████ (10/3/2007 8:45:24 PM): anyways ███ had fun and wanted to know if u wanted 2 talk 2 her again tongiht while i get ██████ ready for bed later

tnmaster_2007 (10/3/2007 8:45:42 PM): sure i would enjoy that.

███████████ (10/3/2007 8:45:50 PM): ok i will let her kow

██████████ (10/3/2007 8:45:52 PM): know

tnmaster_2007 (10/3/2007 8:46:21 PM): ok

tnmaster_2007 (10/3/2007 8:46:45 PM): heck she can come now and we can all three chat together.

tnmaster_2007 (10/3/2007 8:46:52 PM):

██████████ (10/3/2007 8:46:57 PM): ok ahng on

tnmaster_2007 (10/3/2007 8:46:58 PM): if she wants to.

███████████ (10/3/2007 8:47:17 PM): hello mr bobby

tnmaster_2007 (10/3/2007 8:47:25 PM): hello

tnmaster_2007 (10/3/2007 8:47:27 PM): ███

tnmaster_2007 (10/3/2007 8:47:33 PM): how are you this evening?

██████████ (10/3/2007 8:47:35 PM): yah

tnmaster_2007 (10/3/2007 8:47:42 PM): got your homework done?

██████████ (10/3/2007 8:47:42 PM): good

██████████ (10/3/2007 8:48:03 PM): yep i did it while we were his soccer

tnmaster_2007 (10/3/2007 8:48:12 PM): good girl

██████████ (10/3/2007 8:48:17 PM):

tnmaster_2007 (10/3/2007 8:48:46 PM): i am going to ask some stupid grown up questions!!!lol what is your favorite subject in school?

██████████ (10/3/2007 8:49:03 PM): ok

██████████ (10/3/2007 8:49:21 PM): uuummm i like writing

tnmaster_2007 (10/3/2007 8:49:29 PM): oh

tnmaster_2007 (10/3/2007 8:49:38 PM): do you write your own stories

tnmaster_2007 (10/3/2007 8:49:45 PM): do you write poetry?

██████████ (10/3/2007 8:49:54 PM): i wirte my own stories

██████████ (10/3/2007 8:49:59 PM): i like writing

tnmaster_2007 (10/3/2007 8:50:11 PM): it can be fun sometimes.

tnmaster_2007 (10/3/2007 8:50:23 PM): hmmm! let me look for something here

████████████ (10/3/2007 8:50:30 PM): k

tnmaster_2007 (10/3/2007 8:50:32 PM): i think i have it on this computer.

tnmaster_2007 (10/3/2007 8:50:39 PM): some stories i wrotwe

████████████ (10/3/2007 8:50:52 PM): kewl u write stories 2

tnmaster_2007 (10/3/2007 8:51:01 PM): if i can find them i will send as an attached file if you like.

████████ (10/3/2007 8:51:13 PM): kewl

████████ (10/3/2007 8:53:19 PM): mom says we r going to the fair

tnmaster_2007 (10/3/2007 8:53:42 PM): if you would like to!

████████████ (10/3/2007 8:54:07 PM): yeah

tnmaster_2007 (10/3/2007 8:54:18 PM): ok

tnmaster_2007 (10/3/2007 8:54:42 PM): it won't be big and fancy but they will have some rides and stuff.

████████ (10/3/2007 8:55:03 PM): that will be so kewl

████████ (10/3/2007 8:55:07 PM): i like 2 ride rides

tnmaster_2007 (10/3/2007 8:55:48 PM): well lets just hope that it doesnt rain us out!!!

████████████ (10/3/2007 8:55:57 PM): i hope not

tnmaster_2007 (10/3/2007 8:56:12 PM): me too

████████ (10/3/2007 8:56:48 PM): what else fun are we gonna do

tnmaster_2007 (10/3/2007 8:56:53 PM): dang ! it doesn't look like i have the stories on this comp!

tnmaster_2007 (10/3/2007 8:57:00 PM):

████████ (10/3/2007 8:57:06 PM): aaaawww

tnmaster_2007 (10/3/2007 8:57:48 PM): well they are probably on the comp at the office.

tnmaster_2007 (10/3/2007 8:58:06 PM): will look tomorrow and send them to myself on email here

tnmaster_2007 (10/3/2007 8:58:25 PM): and then can get them to yuou tomorrow afternoon/evening.

████████ (10/3/2007 8:58:34 PM): ok

████████ (10/3/2007 8:59:27 PM): do i have 2 share a room with austin

tnmaster_2007 (10/3/2007 8:59:31 PM): i want you to know that i am looking forward to 'playing' with you ane your mom!!!

████████ (10/3/2007 8:59:46 PM): games like daddy use 2

tnmaster_2007 (10/3/2007 9:00:06 PM): well if you want to sleep on the couch or maybe with you mom and me you won'ty

████████ (10/3/2007 9:00:16 PM): kewl

tnmaster_2007 (10/3/2007 9:00:50 PM): yes games like you played wiht your Dad and mom!

████████ (10/3/2007 9:00:56 PM):

████████ (10/3/2007 9:01:57 PM): what school will i go 2 there

tnmaster_2007 (10/3/2007 9:02:16 PM): what grade are you in now?

████████ (10/3/2007 9:02:26 PM): 5

tnmaster_2007 (10/3/2007 9:02:55 PM): probably Linden Elementary

████████ (10/3/2007 9:03:07 PM): will ████ go 2 school with me 2  he is in 3

tnmaster_2007 (10/3/2007 9:03:41 PM): yes for the first year
████ (10/3/2007 9:03:54 PM): ok
tnmaster_2007 (10/3/2007 9:03:55 PM): then you may go to Linden Middle school
tnmaster_2007 (10/3/2007 9:04:12 PM): not really sure .
████ (10/3/2007 9:04:14 PM): will ride the bus or can i ride my bike
tnmaster_2007 (10/3/2007 9:04:27 PM): middle school may only be 6, 7 and 8
████ (10/3/2007 9:05:00 PM): mommy says she will be back she is getting████
ready for bed
tnmaster_2007 (10/3/2007 9:05:02 PM): will be a long bike ride wiht a steep hill to go up
████ (10/3/2007 9:05:12 PM): ok
tnmaster_2007 (10/3/2007 9:05:14 PM): we can try both ways.
████ (10/3/2007 9:05:21 PM): ok
tnmaster_2007 (10/3/2007 9:05:25 PM): and s3e which is best for you.
████ (10/3/2007 9:05:33 PM): ok
████ (10/3/2007 9:06:33 PM): i cant wait 2 com up there
tnmaster_2007 (10/3/2007 9:06:56 PM): i am glad
tnmaster_2007 (10/3/2007 9:07:31 PM): was a little concerned that you or ████ might
not want to come and have to make new friends etc.
████ (10/3/2007 9:07:48 PM): i wanna move ████ not sure yet
tnmaster_2007 (10/3/2007 9:07:54 PM): ok
tnmaster_2007 (10/3/2007 9:08:13 PM): guess we will just have to persuade him. eh?
████ (10/3/2007 9:08:24 PM):
████ (10/3/2007 9:09:40 PM): why u stop talking
tnmaster_2007 (10/3/2007 9:09:56 PM): was waiting for you!!!lol
████ (10/3/2007 9:10:00 PM): lol me 2
tnmaster_2007 (10/3/2007 9:10:12 PM): i don't know what you want to know!!lol
████ (10/3/2007 9:10:17 PM): idk
tnmaster_2007 (10/3/2007 9:10:19 PM): i am not a mind reader!!lol
████ (10/3/2007 9:10:23 PM): lol
████ (10/3/2007 9:10:35 PM): mom says that 2 ████ smtimes
tnmaster_2007 (10/3/2007 9:10:46 PM): <grinning
tnmaster_2007 (10/3/2007 9:11:23 PM): sure wish i had some pictures of you and ████
and Mom.
tnmaster_2007 (10/3/2007 9:11:45 PM): but i will have some before you leave!!!lol
████ (10/3/2007 9:11:46 PM): my mom had some on our other puter we dont
have that anymore
████ (10/3/2007 9:11:55 PM): i like pics
tnmaster_2007 (10/3/2007 9:12:17 PM): do you like pics of flowers?
████ (10/3/2007 9:12:35 PM): yeah
tnmaster_2007 (10/3/2007 9:13:36 PM): i took these
████ (10/3/2007 9:13:46 PM): those r pretty
████ (10/3/2007 9:14:35 PM): mom is back
tnmaster_2007 (10/3/2007 9:14:49 PM): ok
tnmaster_2007 (10/3/2007 9:15:12 PM): what kinds of pics do you like other than
flowers?
████ (10/3/2007 9:15:32 PM): i like horses

tnmaster_2007 (10/3/2007 9:15:50 PM): hmmm!

tnmaster_2007 (10/3/2007 9:16:17 PM): i don't think i hsave asny of horses .

tnmaster_2007 (10/3/2007 9:16:27 PM): sorry

███████████ (10/3/2007 9:16:34 PM): thats ok

tnmaster_2007 (10/3/2007 9:17:55 PM): what else9picture wise)?

███████████ (10/3/2007 9:18:01 PM): idk

tnmaster_2007 (10/3/2007 9:18:30 PM): i have some pics of some fish that my Dzasddy an i caught.

███████████ (10/3/2007 9:18:42 PM): ████ likes fish more than me

tnmaster_2007 (10/3/2007 9:18:47 PM): ok

tnmaster_2007 (10/3/2007 9:18:51 PM): hmmm

███████████ (10/3/2007 9:18:58 PM): what else we gonna do

tnmaster_2007 (10/3/2007 9:19:08 PM): i have some pics of the River

tnmaster_2007 (10/3/2007 9:19:43 PM): well i don't have any particular things in mind

tnmaster_2007 (10/3/2007 9:19:52 PM): giver me some suggestions.

███████████ (10/3/2007 9:20:01 PM): its ok i know we will have fun

tnmaster_2007 (10/3/2007 9:20:07 PM): perhaps ride the 4-wheeler.

███████████ (10/3/2007 9:20:27 PM): mommy wants me 2 go 2 bed...i like atv..talk 2 u later

███████████ (10/3/2007 9:20:34 PM): nite

tnmaster_2007 (10/3/2007 9:20:38 PM): ok wait

███████████ (10/3/2007 9:20:42 PM): k

tnmaster_2007 (10/3/2007 9:20:45 PM): here is something for you

███████████ (10/3/2007 9:20:49 PM): k

tnmaster_2007 (10/3/2007 9:20:59 PM):

███████████ (10/3/2007 9:21:19 PM): aaawww ty nite mr bobby

███████████ (10/3/2007 9:21:30 PM): hey its me again

tnmaster_2007 (10/3/2007 9:21:34 PM): ty and your welcome.

███████████ (10/3/2007 9:21:44 PM): i sent her to get ready for bed

tnmaster_2007 (10/3/2007 9:21:52 PM): sleep tight ████ and have pleasanty dreams!

tnmaster_2007 (10/3/2007 9:22:02 PM): ok

███████████ (10/3/2007 9:22:08 PM): i told her...she says u 2

tnmaster_2007 (10/3/2007 9:22:14 PM): ok

tnmaster_2007 (10/3/2007 9:22:43 PM): she is nifty

tnmaster_2007 (10/3/2007 9:22:51 PM): i enjoy chatting wiht her.

███████████ (10/3/2007 9:22:59 PM): she is cute my little munchkin

███████████ (10/3/2007 9:23:10 PM): she likes chatting with u 2

tnmaster_2007 (10/3/2007 9:23:20 PM): well good

tnmaster_2007 has closed photo sharing.

tnmaster_2007 (10/3/2007 9:23:56 PM): did yo9u scroll back and see what we chatted about?

███████████ (10/3/2007 9:24:17 PM): hang on

tnmaster_2007 (10/3/2007 9:24:22 PM): ok

███████████ (10/3/2007 9:25:40 PM): back

███████████ (10/3/2007 9:25:43 PM): she is so cute

tnmaster_2007 (10/3/2007 9:25:50 PM): yep

tnmaster_2007 (10/3/2007 9:26:39 PM): i hope you approve of what i told her in response to her question about sleeping in same room wiht ████!

████ (10/3/2007 9:27:26 PM): oh yeah

████ (10/3/2007 9:27:34 PM): that is fine...you r the boss

tnmaster_2007 (10/3/2007 9:27:47 PM): yes I am

tnmaster_2007 (10/3/2007 9:28:12 PM): we'll just have to see how comfortable she feels with that.

████ (10/3/2007 9:28:18 PM): true

tnmaster_2007 (10/3/2007 9:28:49 PM): wondering how ████ is going to react.

████ (10/3/2007 9:29:22 PM): i think he will be ok...he is used 2 it

tnmaster_2007 (10/3/2007 9:29:30 PM): as i understood you his Dad had him to watch

████ (10/3/2007 9:29:39 PM): yes

tnmaster_2007 (10/3/2007 9:29:48 PM): not sure if that mans he made him watch or allowed him to watch

tnmaster_2007 (10/3/2007 9:29:56 PM): there is a difference.

████ (10/3/2007 9:30:28 PM): allowed

████ (10/3/2007 9:30:49 PM): ex told him it would help with girls later

tnmaster_2007 (10/3/2007 9:30:55 PM): ok

tnmaster_2007 (10/3/2007 9:31:06 PM): that is how i want to approach it

████ (10/3/2007 9:31:23 PM): me 2

tnmaster_2007 (10/3/2007 9:31:42 PM): i do not want him to feel like he is being 'made' /'forced to watch.

tnmaster_2007 (10/3/2007 9:32:03 PM): or participate.

tnmaster_2007 (10/3/2007 9:32:22 PM): think it is best that he just follow his natural curiosity.

████ (10/3/2007 9:32:30 PM): no not at all...i agree

tnmaster_2007 (10/3/2007 9:32:47 PM):

tnmaster_2007 (10/3/2007 9:33:07 PM): i think you are right-- we do seem to think a like!!

████ (10/3/2007 9:33:15 PM):

████ (10/3/2007 9:33:51 PM): is that BP a safe place for me to stop to call you friday night

tnmaster_2007 (10/3/2007 9:34:06 PM): yes.

████ (10/3/2007 9:35:12 PM): ok good

████ (10/3/2007 9:35:26 PM): r they usually open late

tnmaster_2007 (10/3/2007 9:36:32 PM): yes but even if not open it is well lighted and shouldn't be a lot of traffic at that time

████ (10/3/2007 9:36:40 PM): k good

tnmaster_2007 (10/3/2007 9:38:12 PM): soo

tnmaster_2007 (10/3/2007 9:38:31 PM): are you ready for me to call you?

████ (10/3/2007 9:39:04 PM): let me wait just a lil white longer to mke sure they r good and asleep. if they hear me on the phone with u they will never fall asleep

tnmaster_2007 (10/3/2007 9:39:13 PM): lol

tnmaster_2007 (10/3/2007 9:39:15 PM): ok

tnmaster_2007 (10/3/2007 9:39:32 PM): while we wait i am going to go get something to drink

██████ (10/3/2007 9:39:37 PM): k

tnmaster_2007 (10/3/2007 9:39:39 PM): i am pretty thirsty

tnmaster_2007 (10/3/2007 9:39:54 PM): got some Diet Mountain Dew in the fridge.

tnmaster_2007 (10/3/2007 9:40:04 PM): brb, ok?

██████ (10/3/2007 9:40:21 PM): k

tnmaster_2007 (10/3/2007 9:46:35 PM): ok i'm baaack!*G*

██████ (10/3/2007 9:47:35 PM): k

██████ (10/3/2007 9:48:11 PM): r u gonna b able to get gatorade and some snacks for the kids or should i stop on the way

tnmaster_2007 (10/3/2007 9:48:33 PM): i [plan to have them here when you arrive.

██████ (10/3/2007 9:49:01 PM): cool they will like that

tnmaster_2007 (10/3/2007 9:49:28 PM): if i don't have the right ones we cqn alwqays get some Saturday morning.

██████ (10/3/2007 9:49:41 PM): that is true

██████ (10/3/2007 9:49:49 PM): we are all excited bout coming up there

██████ (10/3/2007 9:50:13 PM): u do have a way with kids..██████ and ██████ are really happy about the fair

tnmaster_2007 (10/3/2007 9:50:39 PM): heck it is np when one is akid at heart himself!!!lol

██████ (10/3/2007 9:50:51 PM): lol arent we all sometimes

tnmaster_2007 (10/3/2007 9:50:58 PM): yep

██████ (10/3/2007 9:53:04 PM): im gonna get my oil n tires checked tomorrow for the trip

tnmaster_2007 (10/3/2007 9:53:15 PM): sooo what you thinking reight now?

tnmaster_2007 (10/3/2007 9:53:26 PM): ok

██████ (10/3/2007 9:53:50 PM): me laying bed with u

tnmaster_2007 (10/3/2007 9:53:53 PM): <,smiling i warned you about hearing that question a lot!!!lol

██████ (10/3/2007 9:54:25 PM): i dont mind at all it lets me know that you do care bout me

tnmaster_2007 (10/3/2007 9:54:42 PM):

tnmaster_2007 (10/3/2007 9:56:24 PM): you just have no idea how much i want this to work out.

██████ (10/3/2007 9:56:40 PM): i prob do as much as u

tnmaster_2007 (10/3/2007 9:56:57 PM): maybe.

██████ (10/3/2007 9:57:04 PM): u really understand me and my situation...most people would frown upon it

tnmaster_2007 (10/3/2007 9:57:21 PM): frown upon it???

██████ (10/3/2007 9:57:33 PM): the whole kids thing

tnmaster_2007 (10/3/2007 9:57:40 PM): \ahh that.

tnmaster_2007 (10/3/2007 9:57:52 PM): well hells bells !

██████ (10/3/2007 9:57:58 PM): lol

tnmaster_2007 (10/3/2007 9:58:03 PM): soo we are both a little kinky!!!lol

██████ (10/3/2007 9:58:13 PM): yes we are..but that is a good thing

tnmaster_2007 (10/3/2007 9:58:30 PM): it is in my book!!!

███████ (10/3/2007 9:58:45 PM): lol true

tnmaster_2007 (10/3/2007 9:59:02 PM): i just hope that i dont disappoint you by not being a STUD!!!!

███████ (10/3/2007 10:00:23 PM): not all

███████ (10/3/2007 10:00:33 PM): personailty is more impirtant

tnmaster_2007 (10/3/2007 10:00:45 PM):

tnmaster_2007 (10/3/2007 10:00:49 PM):

███████ (10/3/2007 10:00:53 PM): important  lol

███████ (10/3/2007 10:01:47 PM): u have no idea how happy u make...i feel so good when i talk 2 u!!!!

tnmaster_2007 (10/3/2007 10:02:28 PM): well good

tnmaster_2007 (10/3/2007 10:02:40 PM): i warn you though

tnmaster_2007 (10/3/2007 10:03:01 PM): you will have to put up with a lot of hugging and kissing and fondling!!!

███████ (10/3/2007 10:03:15 PM): sweet

tnmaster_2007 (10/3/2007 10:03:44 PM): one of the things i am missing most in my life is intimacy

███████ (10/3/2007 10:03:50 PM): me 2

███████ (10/3/2007 10:03:54 PM): this does make it nice

tnmaster_2007 (10/3/2007 10:03:56 PM): the touch and feel of another human being

███████ (10/3/2007 10:04:30 PM): im glad i met you...it is so hard 2 meet people when you work from home mostly and have to take care of kids by yourself

tnmaster_2007 (10/3/2007 10:05:00 PM): well i am glad to have met you as well

tnmaster_2007 (10/3/2007 10:05:07 PM): i believe tha tyou are real

███████ (10/3/2007 10:05:16 PM): i am as i believe u r 2

tnmaster_2007 (10/3/2007 10:05:22 PM): anxd not just a 'game player'

tnmaster_2007 (10/3/2007 10:05:45 PM): i am soooo tired of being conned!

███████ (10/3/2007 10:05:56 PM): not at all....let me get ready for bed and i will call you when i'm laying down. I want the last thing I here before i go to sleep is your voice

tnmaster_2007 (10/3/2007 10:06:10 PM): yes my pet

███████ (10/3/2007 10:06:13 PM): give me about 15 mins or so

tnmaster_2007 (10/3/2007 10:06:25 PM): 931-589-2591

███████ (10/3/2007 10:06:29 PM): do u want to call me or me call you...n

███████ (10/3/2007 10:06:34 PM): you read my mind baby

███████ (10/3/2007 10:06:40 PM): i will call you in about 15 mins

tnmaster_2007 (10/3/2007 10:06:45 PM): it doesn't make any difference to me

███████ (10/3/2007 10:06:50 PM): k i will call u

tnmaster_2007 (10/3/2007 10:06:55 PM): which ever is the best for you.

███████ (10/3/2007 10:07:01 PM): k call u soon baby

tnmaster_2007 (10/3/2007 10:07:09 PM): muaaaah!

███████ (10/3/2007 10:07:10 PM):

███████ (10/3/2007 10:07:17 PM): bye

tnmaster_2007 (10/3/2007 10:07:27 PM): aloha!!!*G*

Show Recent Messages (F3)

████████ (10/4/2007 7:51:35 PM): r u there
████████ (10/4/2007 8:11:40 PM): r u on yet baby?
████████ (10/4/2007 8:22:27 PM): I hope u r not mad at me...I wasn't talkative last night on the phone cuz I was nervous
BUZZ!!!
tnmaster_2007 (10/4/2007 9:20:31 PM): hello
tnmaster_2007 (10/4/2007 9:20:35 PM): i am here now
tnmaster_2007 (10/4/2007 9:20:48 PM): and no i am not nmad at you.
tnmaster_2007 (10/4/2007 9:21:28 PM): helloooo!
tnmaster_2007: Hello? Hello? Anybody there? Echo!
████████ (10/4/2007 9:49:09 PM): im back in
tnmaster_2007 (10/4/2007 9:49:20 PM): ok
tnmaster_2007 (10/4/2007 9:50:50 PM): wow!
tnmaster_2007 (10/4/2007 9:50:53 PM): drool
tnmaster_2007 (10/4/2007 9:50:56 PM): pant
████████ (10/4/2007 9:51:03 PM): for real
tnmaster_2007 (10/4/2007 9:51:04 PM): breathe heavy!*G*&
████████ (10/4/2007 9:51:27 PM): ty
████████ (10/4/2007 9:51:36 PM): i dont think im that pretty
████████ (10/4/2007 9:51:45 PM): maybe a lil bit
tnmaster_2007 (10/4/2007 9:51:49 PM): lol
tnmaster_2007 (10/4/2007 9:52:05 PM): well you don't have to i will think it for you!!!!!
████████ (10/4/2007 9:52:15 PM): ty
tnmaster_2007 (10/4/2007 9:52:39 PM): <grinning
tnmaster_2007 (10/4/2007 9:52:47 PM): definitely prettier than me!!!
████████ (10/4/2007 9:52:48 PM): cool
tnmaster_2007 (10/4/2007 9:52:55 PM): and prettier than my hand lol
████████ (10/4/2007 9:52:55 PM): we are so excited bout tomorrow
tnmaster_2007 (10/4/2007 9:53:12 PM): which i have become too intimately acquainted wiht!!!lol
████████ (10/4/2007 9:53:47 PM): u will
tnmaster_2007 (10/4/2007 9:53:50 PM): me tooooooo!!!
tnmaster_2007 (10/4/2007 9:54:29 PM): with you and ████here i c can let my hand 'retire'!!!lol
████████ (10/4/2007 9:54:43 PM): lol that is true baby
████████ (10/4/2007 9:54:59 PM): i was nervous last night on the phone but i wsnt tonight at all
tnmaster_2007 (10/4/2007 9:55:13 PM): <smioling
tnmaster_2007 (10/4/2007 9:55:36 PM): well i can tell you this the tips of my ears are hot and i can hear my pulse!!!lol
████████ (10/4/2007 9:55:42 PM): by the way...i only have 23 mins left on my cell phone...do they take more mins away for roaming?

ATTACHMENT "D"

████████ (10/4/2007 9:55:48 PM): lol funny
tnmaster_2007 (10/4/2007 9:55:56 PM): not sure
tnmaster_2007 (10/4/2007 9:56:08 PM): depends on company i think.
████████ (10/4/2007 9:56:20 PM): im gonna try n save them in case i get lost and need u 2 giv me directions
████████ (10/4/2007 9:56:28 PM): have mapquest ready lol
tnmaster_2007 (10/4/2007 9:56:28 PM): ok
tnmaster_2007 (10/4/2007 9:56:30 PM): np
████████ (10/4/2007 9:56:45 PM): i think the directions i have from u and mapquest though i can find it
tnmaster_2007 (10/4/2007 9:56:53 PM): but if you follow the mapquest directions i don't think you will have any problem
tnmaster_2007 (10/4/2007 9:56:59 PM): they are pretty good
tnmaster_2007 (10/4/2007 9:57:08 PM): i went over thme last night.
████████ (10/4/2007 9:57:17 PM): cool
tnmaster_2007 (10/4/2007 9:58:14 PM): <<<grinning
████████ (10/4/2007 9:58:18 PM): me 2 baby
████████ (10/4/2007 9:58:45 PM): i dont if i will b able 2 sleep tonight
████████ (10/4/2007 9:58:54 PM):████ was running all around and hard 2 get 2 bed
████████ (10/4/2007 9:59:12 PM):████ was running all around and hard 2 get 2 bed
tnmaster_2007 (10/4/2007 9:59:14 PM): i know i will be nervous as a long tailed cat in a room full of rocking chairs until  after we get beds made and you come before me in the chair and strip!!!
tnmaster_2007 (10/4/2007 9:59:17 PM): *G*
████████ (10/4/2007 9:59:39 PM): lol u know it baby
████████ (10/4/2007 9:59:41 PM): me 2 though
tnmaster_2007 (10/4/2007 10:00:15 PM): do you think the kids will be hungry when they get here?
████████ (10/4/2007 10:00:29 PM): i will go thru drive thru on the way
tnmaster_2007 (10/4/2007 10:00:45 PM): as i said i have some candy and stuff and have some jerky and beef sticks.
████████ (10/4/2007 10:01:03 PM): that will work
tnmaster_2007 (10/4/2007 10:01:18 PM): also have some microwave popcorn
████████ (10/4/2007 10:01:19 PM): r u gonna save my pic and look at it all day and think bout me?
tnmaster_2007 (10/4/2007 10:01:25 PM): do they like popcorn?
████████ (10/4/2007 10:01:26 PM): they love popcorn
tnmaster_2007 (10/4/2007 10:01:30 PM): ok
tnmaster_2007 (10/4/2007 10:01:45 PM): well i think we are in good shape then except for the gatorads
████████ (10/4/2007 10:01:55 PM): i will bring some from home then
tnmaster_2007 (10/4/2007 10:01:58 PM): if you know where to get the mix for that.
tnmaster_2007 (10/4/2007 10:02:04 PM): bring a package
████████ (10/4/2007 10:02:17 PM): yeah publix...winn dixie....food lion and stuff
tnmaster_2007 (10/4/2007 10:02:23 PM): otherwise have diet mountain dew and three kinds of fruit juice.

▉▉▉▉▉▉ (10/4/2007 10:02:30 PM): that will work 2
tnmaster_2007 (10/4/2007 10:03:22 PM): i sooo want thme to feel comfortable and be happy
tnmaster_2007 (10/4/2007 10:03:38 PM): cause i know that if they aren't it won't work
▉▉▉▉▉ (10/4/2007 10:03:45 PM): im sure they will...▉▉▉ does and i think▉▉▉▉▉ does
tnmaster_2007 (10/4/2007 10:04:04 PM):
tnmaster_2007 (10/4/2007 10:04:27 PM): dang !
▉▉▉▉▉ (10/4/2007 10:04:36 PM):
tnmaster_2007 (10/4/2007 10:04:38 PM): can't keep my eyes off your [pic!!lol
▉▉▉▉▉ (10/4/2007 10:04:42 PM): lol ty
tnmaster_2007 (10/4/2007 10:04:50 PM): you are soooo gorgweous!!!
tnmaster_2007 (10/4/2007 10:05:00 PM): i love the way your lips look!!!
tnmaster_2007 (10/4/2007 10:05:02 PM): *G*
▉▉▉▉▉ (10/4/2007 10:05:02 PM): im ok i guess
▉▉▉▉▉ (10/4/2007 10:05:11 PM): try not think all that
tnmaster_2007 (10/4/2007 10:05:57 PM): i bet you are a terrifficcc!!! kisser!
▉▉▉▉▉ (10/4/2007 10:06:10 PM): now that i can brag bout...i think so
tnmaster_2007 (10/4/2007 10:06:20 PM): <,grinning
▉▉▉▉▉ (10/4/2007 10:06:32 PM): lol
tnmaster_2007 (10/4/2007 10:06:34 PM): well we will just have to 'test' that!!!lol
▉▉▉▉▉ (10/4/2007 10:07:03 PM): true
tnmaster_2007 (10/4/2007 10:07:13 PM): i might begin to get a real feel for ity after say ohhh a million or two!!!
tnmaster_2007 (10/4/2007 10:07:26 PM): dont want to 'rush' the judgment!!!lol
▉▉▉▉▉ (10/4/2007 10:08:50 PM): lol  that will work
▉▉▉▉▉ (10/4/2007 10:08:55 PM): i like kissing
tnmaster_2007 (10/4/2007 10:09:04 PM): good!!!
tnmaster_2007 (10/4/2007 10:09:14 PM): here it comes!!!lol
tnmaster_2007 (10/4/2007 10:09:22 PM): what are you thinking right now?
▉▉▉▉▉ (10/4/2007 10:09:25 PM):
▉▉▉▉▉ (10/4/2007 10:09:34 PM): that is what im thinkin
tnmaster_2007 (10/4/2007 10:09:47 PM):
tnmaster_2007 (10/4/2007 10:10:19 PM): hells bells i am sitting here grinning like a possum eating sawbriars!!!lol
▉▉▉▉▉ (10/4/2007 10:10:54 PM): that is funny n cool at the same time
tnmaster_2007 (10/4/2007 10:11:59 PM): i have saved your pic
▉▉▉▉▉ (10/4/2007 10:12:24 PM): hey baby...im gonna start packing our stuff for the trip...im leaving no later than 3
tnmaster_2007 (10/4/2007 10:12:36 PM): so am going to close photo sharing caus i can get a betteer view fon the comp itself.
▉▉▉▉▉ (10/4/2007 10:12:51 PM): aaahhh u r so sweet
tnmaster_2007 (10/4/2007 10:12:53 PM): ok
▉▉▉▉▉ (10/4/2007 10:13:11 PM): ill call u tomorrow night form the payphone
tnmaster_2007 (10/4/2007 10:13:21 PM): ok
▉▉▉▉▉ (10/4/2007 10:13:32 PM): bye baby

tnmaster_2007 (10/4/2007 10:13:39 PM): and also leaver an off line telling me what time you left.

tnmaster_2007 (10/4/2007 10:13:42 PM): ok?

██████████ (10/4/2007 10:13:52 PM): ok i will...by baby

tnmaster_2007 (10/4/2007 10:13:57 PM): muaaah!

██████████ (10/4/2007 10:14:29 PM): muah baby

██████████ (10/4/2007 10:14:35 PM): bye

AO 466 (Rev. 1/03) Waiver of Rule 40 Hearings

# UNITED STATES DISTRICT COURT

_____WESTERN_____ DISTRICT OF _____TENNESSEE_____

UNITED STATES OF AMERICA

**WAIVER OF RULE 40 HEARINGS**
(All Criminal Cases)  O7MJ020 ✓

V.

Bobby ~~ARNOLD~~ McGee
Defendant

JUDGE: Magistrate Judge Pham

CASE NUMBER: 4:07 MJ142
(N.D.FL)

I understand that charges are pending in the ___Northern___ District of ___Florida___

alleging violation of ___18 U.S.C. 2422(b)___ and that I have been arrested in this district and
(Title and Section / Probation / Supervised Release)

taken before a United States magistrate judge, who has informed me of the charge(s) and my rights to:

(1)   retain counsel or request the assignment of counsel if I am unable to retain counsel;
(2)   an identity hearing to determine whether I am the person named in the charges;

*- Check one only -*

[✓]  **ALL CASES EXCEPT PROBATION OR SUPERVISED RELEASE:**

(3)   a preliminary hearing (unless an indictment has been returned or information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and
(4)   request transfer of the proceedings to this district under Rule 20, Fed. R. Crim. P., in order to plead guilty.

[ ]  **PROBATION OR SUPERVISED RELEASE VIOLATION CASES:**

(3)   a preliminary hearing (but only if I will be kept in custody, and only to be held in this district if the violation occurred here) to determine whether there is probable cause to believe a violation occurred; and
(4)   a hearing under Rule 32.1(a)(6), Fed. R. Crim. P., in which I have the burden of establishing my eligibility for release from custody.

### I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):

(   )  identity hearing

(   )  preliminary hearing

(   )  identity hearing and have been informed I have no right to a preliminary hearing

( ✓ )  identity hearing but request a preliminary hearing be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.
Defendant requests preliminary hearing in charging District
pursuant to Rule 5.1(b) (TMP)

_____
Defendant

___October 12, 2007___
Date

_____
Defense Counsel

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
### Eastern Division

### UNITED STATES OF AMERICA

-vs-                                             **Case No. 07MJ020**

### BOBBY A. MCGEE

_____

## FINDINGS AND ORDER ON REMOVAL PROCEEDINGS
## PURSUANT TO RULE 5, FED.R.CRIM.P.

**BOBBY A. MCGEE**, having been arrested and presented before me for removal proceedings

pursuant to Rule 5, Federal Rules of Criminal Procedure, and having been informed of the rights specified

in Rule 5 (c) thereof, and of the provisions of Rule 20, the following has occurred of record.

An Initial Appearance on the Rule 5 Complaint from **WESTERN DISTRICT OF
TENNESSEE (Jackson Division)** was held on **October 9, 2007.**

After hearing the evidence, and based on the defendant's waiver of identity hearing, I
find that **BOBBY A. MCGEE** is the person named in the warrant for arrest, a copy of
which has been produced.

No preliminary examination has been held because the defendant elects to have the
preliminary examination conducted in the district in which the prosecution is pending.

It is, therefore,

**ORDERED** that **BOBBY A. MCGEE** be held to answer in the district court in which the

prosecution is pending. Final Commitment given to the U.S. Marshal.

**DONE** and **ORDERED** in Chambers in Tennessee this 12th day of October, 2007.

_____s/Tu M. Pham_____

TU M. PHAM
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

United States Attorney
United States Marshal
Pretrial Services Office